**FILED**
**JUN - 2 2005**
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ELISABETH T. KIDDER
106 STADIUM ROAD #11
CHARLOTTESVILLE, VA 22903
(434) 409-0131

v.                                    CIVIL ACTION NO._____

FEDERAL BUREAU OF INVESTIGATION         CASE NUMBER  1:05CV01094
9TH AND PENNSYLVANIA AVENUE, NW
WASHINGTON, D.C. 20535                  JUDGE: Reggie B. Walton

DEPARTMENT OF JUSTICE                   DECK TYPE: FOIA/Privacy Act
950 PENNSYLVANIA AVENUE, N.W.
WASHINGTON DC 20530                     DATE STAMP: 06/02/2005

## COMPLAINT

1. This is an action under the Freedom of Information Act (FOIA), 5 U.S.C. § 552, to order the production of "all records concerning Ahmed Abu Ali, the Falls Church Virginia resident ? detained in Saudi Arabia. This request includes, but is not limited to: minutes of meetings, notes, correspondence, submissions, reports, memoranda, electronic mail, and staff calendars and appointment books." See Jan. 8, 2005 FOIA Req.

### JURISDICTION

2. This Court has both subject matter jurisdiction over this action and personal jurisdiction over the parties pursuant to 5 U.S.C. § 552(a)(3) and (a)(6). Venue lies in this district under 5 U.S.C. § 552(a)(4)(B).

### PARTIES

3. Plaintiff, Elisabeth Travis Kidder, the requester of the records that have been withheld, is a citizen of Charlottesville, Virginia.

**RECEIVED**

MAY 1 0 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

4. Defendant, the Federal Bureau of Investigation (FBI), a component of the United States Department of Justice (DOJ), a Department of the Executive Branch of the United States Government, is an agency within the meaning of 5 U.S.C. § 552(f)(1), and has possession and control over the record requested by the plaintiff.

## FACTS

5. By letter invoking the FOIA, mailed on January 8, 2005, to the FOIPA Section of the FBI, plaintiff requested, "all records concerning Ahmed Abu Ali, the Falls Church Virginia resident currently detained in Saudi Arabia. This request includes, but is not limited to: minutes of meetings, notes, correspondence, submissions, reports, memoranda, electronic mail, and staff calendars and appointment books."

6. By letter mailed on January 19, 2005, defendant denied plaintiff's request, citing exemptions "(b)(6) and/or (b)(7)(C) of the FOIA."

7. By letter mailed on February 2, 2005 (to Co-director, Office of Information Privacy, U.S. Department of Justice), plaintiff appealed defendant's denial.

8. Pursuant to 5 U.S.C. § 552(a)(6)(A)(ii), defendant was required to respond to plaintiff's February 2, 2005 FOIA appeal by March 9, 2005.

9. As of May 5, 2005, defendant has not informed plaintiff whether it will grant the appeal. Defendant has not released any records in response to plaintiff's request.

10. The plaintiff has the statutory right to the requested records and there is no legal basis for the defendant's refusal to disclose them to the plaintiff.

## REQUESTED RELIEF

WHEREFORE, the plaintiff prays that this Court:

(a) order defendant immediately and expeditiously to process plaintiff's FOIA request and to disclose the requested records;

(b) award the plaintiff the costs in this action; and

(c) grant such other relief as the Court may deem just and proper.

Respectfully Submitted,

_____
Elisabeth Travis Kidder
106 Stadium Road #11
Charlottesville, VA 22903
(434) 409-0131

Dated: May 5, 2005