UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ELISABETH T. KIDDER
2401 ARLINGTON BOULEVARD #25
CHARLOTTESVILLE, VA 22903
(434) 409-0131

CIVIL ACTION NO. 1:05cv1094  RBW

FEDERAL BUREAU OF INVESTIGATION
9TH AND PENNSYLVANIA AVENUE, NW
WASHINGTON, D.C. 20535

DEPARTMENT OF JUSTICE
950 PENNSYLVANIA AVENUE, N.W.
WASHINGTON DC 20530

## MOTION FOR CM/ECF PASSWORD

1. Elisabeth T. Kidder, *pro se* Plaintiff in the above-captioned case, has regular access to the internet both at her residence and at the University of Virginia, School of Law in Charlottesville, Virginia, and has the capacity to file documents and receive filings of other parties electronically on a regular basis.

2. Plaintiff received CM/ECF training at Thompson Hine LLC in Cleveland, Ohio during her employment with the firm as a Summer Associate.

3. Plaintiff has accessed filings in the above-captioned case through the [Pacer] electronic filing system.

Respectfully Submitted,

Elisabeth Travis Kidder
2401 Arlington Blvd #25
Charlottesville, VA 22903
(434) 409-0131
Dated: August 11, 2005

**RECEIVED**

AUG 1 2 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT