UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**ELISABETH T. KIDDER
2401 ARLINGTON BOULEVARD #25
CHARLOTTESVILLE, VA 22903
(434) 409-0131**

CIVIL ACTION NO. 1:05cv1094 *RBW*

FEDERAL BUREAU OF INVESTIGATION
9TH AND PENNSYLVANIA AVENUE, NW
WASHINGTON, D.C. 20535

DEPARTMENT OF JUSTICE
950 PENNSYLVANIA AVENUE, N.W.
WASHINGTON DC 20530

PRAECIPE TO CHANGE NAME AND ADDRESS

To the Prothonotary:

Please correct the spelling of my name. My first name is spelled with an "s" (Elisabeth), but was entered with a "z" (Elizabeth).

Elisabeth T. Kidder
(Pro Se Plaintiff)

I hereby certify that this change is not intended to, nor will it, delay this proceeding to the best of my knowledge, information and belief.

Elisabeth T. Kidder
Pro se Plaintiff

2401 Arlington Boulevard, #25
Address

Charlottesville, VA 22903
City, State, Zip Code

434-409-0131
Telephone Number

Date: 8/18/05

Signature

CO-1509 (Rev. 1/94)

# ATTORNEY ADDRESS CORRECTION REQUEST

**UNIT REPRESENTATIVE:**
G Add Attorney and address to system

**SYSTEMS OFFICE:**
G Firm moved to new address      G Verified
G Address correction/modification
G Person Name change/correction
G Firm Name change/correction
G Create Flag:    G Pro Bono      G Pro Hac Vice
G Other:_____

**ATTORNEY (PRO SE) FIX SPECIALIST:**
Ⓖ Pro Se moved to new address
G Attorney moved to new address
G Attorney has multiple addresses

**ATTORNEY ADMISSION OFFICE:**
G Create flag:
G Government      G Gvt Not Certified      G RTC Attorney
G Attorney listed with Aprovisional@ flag
G Attorney listed with Aincomplete@ flag

Case No.: 1:05cv1094          G   Attorney     Ⓖ   Pro Se
Bar ID No.: _____   Prisoner ID No.: _____
Name: Elisabeth T. Kidder

**OLD ADDRESS:**

Office: _____

Unit: _____

Address: 106 Stadium Road #11

City: Charlottesville    State: VA    Zip: 22903
Telephone: 434-409-0131

**NEW ADDRESS:**

Office: _____

Unit: _____

Address: 2401 Arlington Blvd Apt 25

City: Charlottesville    State: VA    Zip: 22903
Telephone: 434-409-0131

**COMMENTS:** _____

DATE: _____    Deputy Clerk: _____

CO-547
Rev. 3/84

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

**ELISABETH T. KIDDER**
**2401 ARLINGTON BOULEVARD #25**
**CHARLOTTESVILLE, VA 22903**
**(434) 409-0131**

CIVIL ACTION NO. 1:05cv1094

**FEDERAL BUREAU OF INVESTIGATION**
**9TH AND PENNSYLVANIA AVENUE, NW**
**WASHINGTON, D.C. 20535**

**DEPARTMENT OF JUSTICE**
**950 PENNSYLVANIA AVENUE, N.W.**
**WASHINGTON DC 20530**

## MILITARY AFFIDAVIT
*(Certificate in Compliance With Soldiers and Sailors*
*Civil Relief Act of 1940, As Amended in 1942 & 1960*
*Title 50, Appendix, Section 520, United States Code)*

I hereby certify under penalty of perjury, this ___18th___ day of ___August___, ___2005___, that I am the plaintiff in the above-entitled case. I make this certificate pursuant to the provisions of the Soldiers and Sailors Civil Act of 1940 and the provisions of the Soldiers and Sailors Civil Relief Act Amendments of 1942 and 1960; that on behalf of the plaintiff, I have caused careful investigation to be made to ascertain whether or not the above-named defendant is in the military service of the United States or its Allies and that a result of said investigation, I have discovered and do hereby allege that said defendant is not in the military service of the United States or its Allies, that is to say said defendant is not a member of the Army of the United States, the United States Navy, the Marine Corps, the Coast Guard and is not an officer of the public Health Service detailed by proper authority for duty either with the Army or Navy, and said defendant is not on active duty with any branches aforesaid, nor is said defendant under training or education under the supervision of the United States preliminary to induction into the military services; and the defendant is not serving with the forces of any nation with which the United States is allied in the prosecution of any war, nor has said defendant been ordered to report for induction under the Selective Training and Service Act of 1940, as amended, nor is the defendant a member of the Enlisted Reserve Corps ordered to report for military service, but is a United State agency.

Plaintiff Elisabeth T. Kidder
2401 Arlington Blvd. #25
Charlottesville, VA 22903
(434) 409-0131