UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ELISABETH T. KIDDER ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> FEDERAL BUREAU OF INVESTIGATION ) <br> *et al.*, ) <br> ) <br> Defendants. ) <br> ) | Civil Action No. 05-1094(RBW) |

## ERRATA

The certificate of service for defendants' Answer hereby is corrected to reflect plaintiff's address as follows

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 13th day of February, 2006, a copy of the foregoing Answer was mailed, postage prepaid to counsel for the defendant pro se

ELISABETH T. KIDDER
2401 Arlington Boulevard
Apartment 25
Charlottesville, VA 22903
(434) 409-0131

Respectfully submitted,

_____
KENNETH L. WAINSTEIN, D.C. BAR # 451058
United States Attorney

_____

R. CRAIG LAWRENCE, D.C. BAR # 171538

Assistant United States Attorney

_____

RHONDA C. FIELDS

Assistant United States Attorney

Civil Division

555 Fourth Street, N.W.

Washington, D.C.  20530

202/514/6970

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 13th day of February, 2006, a copy of the foregoing Errata was mailed, postage prepaid to the defendant pro se

ELISABETH T. KIDDER

2401 Arlington Boulevard

Apartment 25

Charlottesville, VA 22903

(434) 409-0131

_____

Rhonda C. Fields

Assistant United States Attorney