UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELISABETH T. KIDDER ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 05-1094(RBW) |
| ) | |
| FEDERAL BUREAU OF INVESTIGATION ) | |
| *et al.*, ) | |
| ) | |
| Defendants. ) | |

ANSWER

FIRST AFFIRMATIVE DEFENSE

Defendant, the Federal Bureau of Investigation (FBI), is not a proper party to this action because it is not an "agency" for the purposes of the Freedom of Information Act.

SECOND AFFIRMATIVE DEFENSE

Plaintiff has failed to exhaust her administrative remedies prior to commencing this action.

THIRD AFFIRMATIVE DEFENSE

The defendants answer the numbered paragraphs of the complaint as follows:

1. This paragraph contains the plaintiff's characterization of this action and conclusions of law, not allegations of fact, to which no answer is required.

2. This paragraph contains plaintiff's allegations of. jurisdiction and venue, not allegations of fact, to which no answer is required.

3. Admit, upon information and belief, that the plaintiff is a "citizen" of Charlottesville, Virginia. Deny that any records have been wrongfully withheld.

4. Admit that the FBI is a component of the United States Department of Justice (DOJ) and that DOJ is a department of the Executive Branch of the United States Government. Deny that the FBI is an agency within the meaning of 5 U.S.C. 552(f)(1). Deny that any records have wrongfully been withheld.

5. Defendants admit that plaintiff sent an undated FOIA request to the FOIPA Section of the FBI. Defendants aver that the letter speaks for itself and respectfully refer the Court to the letter for a complete and accurate statement of its contents.

6. Defendants admit that they sent plaintiff a letter dated January 25, 2005. Defendants aver that the letter speaks for itself and respectfully refer the Court to the letter for a complete and accurate statement of its contents.

7. Defendants admit that plaintiff sent a letter dated February 2, 2005 to the CoDirector, Office of Information and Privacy, United States Department of Justice. Defendants aver that the letter speaks for itself and respectfully refer the Court to the letter for a complete and accurate statement of its contents.

8. This paragraph contains the plaintiff's conclusions of law, not allegations off fact, to which no answer is required.

9. Admit the first sentence of paragraph 9. Admit the second sentence and further aver that the defendants have not wrongfully withheld any records in response to plaintiff's request.

10. Deny.

REQUESTED RELIEF

The remainder of the plaintiff's complaint contains the plaintiff's request for relief, not allegations of fact, to which no answer is required. Insofar as an answer is deemed required, they are denied.

To the extent any averments in plaintiff's complaint are not specifically admitted herein, they are denied.

Respectfully submitted,

_____
KENNETH L. WAINSTEIN, D.C. BAR # 451058
United States Attorney

_____
R. CRAIG LAWRENCE, D.C. BAR # 171538
Assistant United States Attorney

_____
RHONDA C. FIELDS
Assistant United States Attorney
Civil Division
555 Fourth Street, N.W.
Washington, D.C.  20530
202/514/6970

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 13th day of February, 2006, a copy of the foregoing Answer was mailed, postage prepaid to the defendant pro se

ELISABETH T. KIDDER
2401 Arlington Boulevard
Apartment 25
Charlottesville, VA 22903
(434) 409-0131

_____
Rhonda C. Fields
Assistant United States Attorney