UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELISABETH T. KIDDER,<br><br>          Plaintiff,<br><br>     v.<br><br>FEDERAL BUREAU OF<br>INVESTIGATION, *et al.*,<br><br>          Defendants. | Civil Action No. 05-1094 (RBW) |

## ORDER

Upon consideration of the Complaint and defendants' Answer, it is hereby

ORDERED that, within 30 days of entry of this Order, defendant shall submit either a dispositive motion or a proposed schedule to govern future proceedings.

SO ORDERED.

                              /s/
                    REGGIE B. WALTON
                    United States District Judge

DATE: February 13, 2006