UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ELISABETH T. KIDDER,** <br><br> Plaintiff, <br><br> v. <br><br> **FEDERAL BUREAU OF INVESTIGATION,** *et al.*, <br><br> Defendants. | Civil Action No. 05-1094 (RBW) |

## ORDER

This matter is before the Court on consideration of plaintiff's Motion for CM/ECF Password. For the reasons set forth in this Order, the Court will deny the motion without prejudice, and allow plaintiff to refile his motion in accordance with the provisions of this Order.

Generally, a *pro se* litigant files documents in paper form with the Clerk. *See* LCvR 5.4(e)(3). However, under specified circumstances, a *pro se* party may file documents electronically. The relevant Local Civil Rule provides that:

> A pro se party may obtain a CM/ECF password from the Clerk with leave of Court. Whether leave of Court should be granted is within the discretion of the judge to whom the case is assigned. To obtain leave of Court, the pro se party must file a written motion entitled "Motion for CM/ECF Password," describing the party's access to the internet and confirming the capacity to file documents and receive the filings of other parties electronically on a regular basis. If leave of Court is granted, the pro se party must complete the CM/ECF training provided by the Clerk to all electronic filers before the Clerk issues a CM/ECF password.

LCvR 5.4(b)(2). Because plaintiff currently resides outside of the District of Columbia, the Court presumes that she is unable to attend the required training class which is offered by the

Clerk.

At this time, the Court lacks sufficient information with regard to plaintiff's access to the internet, her capacity to file and receive documents electronically, computer equipment, and her familiarity with using the CM/ECF system.  The Court will deny plaintiff's motion without prejudice, and will allow plaintiff an opportunity to refile her motion at a later date.  If plaintiff refiles her motion, she shall: (1) certify that she is familiar with LCvR 5.4; (2) provide a detailed description of her access to the internet; (3) certify that he has the capacity to file documents and receive the filings of other parties electronically on a regular basis; (4) certify that she has read and understood the Electronic Case Filing System User's Manual; and (5) certify that she has completed the online tutorial and has practiced on the "training" ECF database accessible on the internet.

Accordingly, it is hereby

ORDERED that plaintiff's Motion for CM/ECF Password [Dkt. #3] is DENIED WITHOUT PREJUDICE.

SO ORDERED.

                                                                 /s/
                                        REGGIE B. WALTON
                                        United States District Judge

DATE:  February 13, 2006