**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

ELISABETH KIDDER
2587 HYDRAULIC ROAD APT C
CHARLOTTESVILLE, VA 22901
(434) 409-0131

CIVIL ACTION NO. 1:05-cv-01094 (RBW)

FEDERAL BUREAU OF INVESTIGATION
9TH AND PENNSYLVANIA AVENUE, N.W.
WASHINGTON, D.C. 20535

DEPARTMENT OF JUSTICE
950 PENNSYLVANIA AVENUE, N.W.
WASHINGTON DC 20530

**REVISED MOTION FOR CM/ECF PASSWORD**

Elisabeth T. Kidder respectfully moves for leave to file and receive documents via the CM / ECF system in the above captioned case.

1. Although not admitted to practice, I am a graduate of the University of Virginia School of Law (class of 2005), and I passed the June 2005 New York bar exam.

2. I hereby certify that I am familiar with the provisions of LCvR 5.4, Cases Assigned To Case Management/Electronic Case Filing (CM/ECF) System.

3. My access to the internet is as follows:

    a. I own a personal computer with a wireless network adapter supporting a transfer rate of at least 48 Mbps, and both Internet Explorer and Adobe (Acrobat and Reader, for viewing and creating PDF documents).

    b. I have a high-speed Internet connection in my home.

    c. I own a scanner for imaging documents.

4. I hereby certify that I have the capacity to file documents and receive the filings of other parties electronically on a regular basis.

5. I have read, and I understand the Electronic Case Filing System User's Manual (Rev. 5, Nov. 2003), located at

   http://www.dcd.uscourts.gov/DCDC_ECF_Manual_Rev_5.pdf.

6. I completed the CM/ECF Orientation, Civil Filings and Records Tutorials located at http://www.ned.uscourts.gov/cmecf/ecfl12/ on March 6, 2006.

7. I have a Pacer login (ID ek0323).

Respectfully submitted this 6 day of March, 2006,

_____
Elisabeth Kidder
2587 Hydraulic Road Apt C
Charlottesville, VA 22901
434-409-0131