Case 1:05-cv-01094-RBW

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

ELISABETH KIDDER
2587 HYDRAULIC ROAD APT C
CHARLOTTESVILLE, VA 22901
(434) 409-0131

        PLAINTIFF

V.                                CIVIL ACTION NO. 1:05-CV-1094 (RBW)

FEDERAL BUREAU OF INVESTIGATION
9TH AND PENNSYLVANIA AVENUE, N.W.
WASHINGTON, D.C. 20535

DEPARTMENT OF JUSTICE
950 PENNSYLVANIA AVENUE, N.W.
WASHINGTON DC 20530

        DEFENDANTS

## ORDER

Upon consideration of the motion for summary judgment filed by the Plaintiff, and the responses thereto, it is hereby ORDERED that Plaintiff's Motion for Summary Judgment is granted. The Federal Bureau of Investigation is hereby ORDERED to conduct a good faith, reasonable, and diligent search for all records responsive to Plaintiff's FOIA request and to produce to Plaintiff or specifically identify as exempt from production on a *Vaughn* index all such records within 30 days from the date of this Order.

SO ORDERED

                                                    /s/
                                      REGGIE B. WALTON
                                    United States District Judge

DATE: _____