IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ELISABETH T. KIDDER,<br><br>        Plaintiff,<br><br>    v.<br><br>FEDERAL BUREAU OF INVESTIGATION, et al.,<br><br>        Defendants. | No. 05-CV-01094 (RBW) |

**NOTICE OF SUBSTITUTION OF COUNSEL**

Please take notice that Ori Lev, Senior Trial Counsel, United States Department of Justice, Civil Division, Federal Programs Branch, hereby enters an appearance on behalf of Defendants in this matter, substituting as counsel for Assistant United States Attorney Rhonda C. Fields. Mr. Lev's contact information is as follows:

| | |
|---|---|
| Mailing address: | P.O. Box 883<br>Washington, D.C.  20044 |
| Phone: | (202) 514-2395 |
| Fax: | (202) 318-7589 |
| Email: | ori.lev@usdoj.gov |

Dated: March 15, 2006.                Respectfully submitted,

        PETER D. KEISLER
        Assistant Attorney General

        KENNETH L. WAINSTEIN
        United States Attorney

        ELIZABETH SHAPIRO
        Assistant Branch Director

|  | /s/ |
|---|---|

        ORI LEV  (D.C. Bar No. 452565)
        Senior Trial Counsel
        U.S. Department of Justice
        Civil Division/Federal Programs Branch
        Mail:  P.O. Box 883
                 Washington, D.C.  20044
        Street: 20 Massachusetts Ave., N.W.
                 Room 7330
                 Washington, DC  20001
        Ph:    (202) 514-2395
        Fax:   (202) 318-7589
        Email: ori.lev@usdoj.gov

*Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

      I hereby certify that on March 15, 2006, I caused a copy of the foregoing NOTICE OF SUBSTITUTION OF COUNSEL to be served, via U.S. Mail, postage prepaid, on:

Elisabeth Kidder
2587 Hydraulic Road
Apt. C
Charlottesville, VA  22901

                                                       /s/ Ori Lev
                                                       Ori Lev