IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ELISABETH T. KIDDER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 05-CV-01094 (RBW) |
| ) | |
| FEDERAL BUREAU OF INVESTIGATION, ) | |
| et al., ) | |
| ) | |
| Defendants. ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on March 30, 2006, I caused a copy of Defendants' Opposition to Plaintiff's Motion for Summary Judgment, and accompanying Statement of Genuine Issues in Opposition to Plaintiffs' Motion for Summary Judgment and Declaration of David M. Hardy to be served, via U.S. Mail, postage prepaid, on:

>  Elisabeth Kidder
>  2587 Hydraulic Road
>  Apt. C
>  Charlottesville, VA  22901

Dated: March 30, 2006.                Respectfully submitted,

                                      PETER D. KEISLER
                                      Assistant Attorney General

                                      KENNETH L. WAINSTEIN
                                      United States Attorney

                                      ELIZABETH SHAPIRO
                                      Assistant Branch Director

                                                /s/
                                      _____
                                      ORI LEV  (D.C. Bar No. 452565)
                                      Senior Trial Counsel

U.S. Department of Justice
Civil Division/Federal Programs Branch
Mail:   P.O. Box 883
        Washington, D.C.  20044
Street: 20 Massachusetts Ave., N.W.
        Room 7330
        Washington, DC  20001
Ph:     (202) 514-2395
Fax:    (202) 318-7589
Email:  ori.lev@usdoj.gov

*Attorneys for Defendants*