UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELISABETH T. KIDDER,<br><br>    Plaintiff,<br><br> v.<br><br>FEDERAL BUREAU OF INVESTIGATION, *et al.*,<br><br>    Defendants. | Civil Action No. 05-1094 (RBW) |

**ORDER**

It is hereby

ORDERED that plaintiff shall file her reply, if any, to defendants' opposition to her summary judgment motion by **April 14, 2005**. It is further

ORDERED that defendants shall file their cross-motion for summary judgment by **May 31, 2006**; plaintiff shall file her opposition by **June 30, 2006**; defendants shall file their reply, if any, by **July 14, 2006**. It is further

ORDERED that, if any party should request an extension of time, the party shall file a motion at least four business days prior to the deadline the motion is seeking to extend. The motion must include: (1) the specific grounds for the motion; (2) a statement of the effect that the Court's granting of the motion will have on all other previously scheduled deadlines; and (3) a statement of the opposing party's position on the motion.

SO ORDERED.

Date: April 5, 2006

                   /s/
               REGGIE B. WALTON
               United States District Judge