IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ELISABETH T. KIDDER,<br><br>    Plaintiff,<br><br>  v.<br><br>FEDERAL BUREAU OF INVESTIGATION, et al.,<br><br>    Defendants. | No. 05-CV-01094 (RBW) |

**DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME**

Defendants, by and through undersigned counsel, hereby move for an extension of time in which to file for summary judgment in this Freedom of Information Act ("FOIA") case. The reasons supporting the instant motion are as follows:

Pursuant to this Court's February 13, 2006 Order, defendants submitted a proposed schedule to the Court in which defendants proposed to file a motion for summary judgment by May 26, 2006. See Defendants' Response to February 13, 2006 Order. In their opposition to plaintiff's motion for summary judgment, defendants further explained that the schedule proposed by defendants was reasonable because the FBI had determined to conduct a time-consuming hand-search for records responsive to plaintiff's FOIA request, in addition to the usual computer search relied upon by the agency. See Defs.' Opp. to Pl.'s Mot. for Summ. J. ("Defs.' SJ Opp.") at 4-5, 8-9; Declaration of David M. Hardy ("Hardy Decl.") (attached as Exh. A to Defs.' SJ Opp.), ¶¶ 21-23. At that time, defendants also informed the Court that the FBI did not know how many responsive documents it might find at FBI headquarters, or the nature of those documents, and that the estimated time required to process plaintiff's request might change once responsive

records were identified. Defs.' SJ Opp. at 9 n.7; Hardy Decl., ¶ 23. Defendants committed to promptly informing the Court in the event that they learned that they will not be able to meet the May 26, 2006 proposed deadline. Defs.' SJ Opp. at 9 n.7; Hardy Decl., ¶ 23. Subsequently, the Court entered a scheduling order requiring defendants to file their summary judgment motion by May 31, 2006. See Order, April 5, 2006.

Since the entry of the Court's scheduling order, defendants have identified three separate sets of records responsive to respondents' FOIA request: two records identified by a computer search for cross-references to Ahmed Abu Ali (the subject of the request); an FBI laboratory file consisting of 149 pages; and a multi-volume file maintained by the FBI's Legal Attache in Riyadh, Saudi Arabia ("Legat Riyadh"). Second Declaration of David M. Hardy ("Second Hardy Decl.") (attached hereto as Exh. A), ¶ 7.[1] The FBI currently anticipates that it will complete the required classification review and processing of, and will release all non-exempt records from, the first two sets of records (the cross-reference records and the laboratory file) by May 31, 2006. Id. ¶¶ 10-11; see also id. ¶¶ 8-9 (describing classification review and processing).

The multi-volume file from Legat Riyadh – which was not completely identified by Legat Riyadh until April 17, 2006, id. ¶ 7 – will not, however, be processed by that time. This is because the file is physically located in Saudi Arabia, and must be returned to the United States via a "diplomatic pouch" in light of the classified nature of many of the records it contains. Id. Legat Riyadh has advised that it will likely take 4-6 weeks before the file arrives at FBI headquarters. Id. Once the file arrives at FBI headquarters, it will be forwarded for expedited

---

[1] Although a FOIA request addressed to FBIHQ does not cover FBI field offices, see 28 C.F.R. §§ 16.3(a), 16.41(a), it does cover records in the possession of FBI Legats likely to have responsive records. Second Hardy Decl., ¶ 7 n.3.

classification review and processing.  Id.

In light of the above, defendants request that the current briefing schedule be stayed, pending the receipt of the Legat Riyadh file by FBI headquarters.  At that time, defendants will provide the Court with a declaration indicating how long the FBI anticipates it will take to complete the expedited review and processing of the records, and defendants will propose a new briefing schedule for summary judgment.  In light of Legat Riyadh's estimate that it will take 4-6 weeks for the file to arrive at FBI headquarters via the diplomatic pouch, defendants currently anticipate that they will be able to provide a new proposed schedule to the Court on or about June 15, 2006.  In any event, defendants hereby commit to provide the Court with a status report by June 15, 2006 (which, if it does not contain the above-referenced processing-time estimate and proposed briefing schedule, will inform the Court when such an estimate and proposed schedule will be forthcoming).  As noted above, the FBI anticipates that all other non-exempt records identified as responsive to plaintiff's FOIA request will be released to plaintiff by May 31 (the current deadline for defendants' summary judgment motion).

Plaintiff has consented to the instant motion on condition that defendants commit to providing the Court with a status report by June 15, 2006.

A proposed order is attached for the Court's consideration.

WHEREFORE, defendants respectfully request that the instant motion be granted.

Dated: May 10, 2006.  　　　　Respectfully submitted,

　　　　　　　　　　　　　　　PETER D. KEISLER
　　　　　　　　　　　　　　　Assistant Attorney General

　　　　　　　　　　　　　　　KENNETH L. WAINSTEIN
　　　　　　　　　　　　　　　United States Attorney

ELIZABETH J. SHAPIRO
Assistant Branch Director


          /s/
_____
ORI LEV  (D.C. Bar No. 452565)
Senior Trial Counsel
U.S. Department of Justice
Civil Division/Federal Programs Branch
Mail:	P.O. Box 883
	Washington, D.C.  20044
Street:	20 Massachusetts Ave., N.W.
	Room 7330
	Washington, DC  20001
Ph:	(202) 514-2395
Fax:	(202) 318-7589
Email:	ori.lev@usdoj.gov

*Attorneys for Defendants*