IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELISABETH T. KIDDER, | ) |
| Plaintiff, | ) |
| v. | ) No. 05-CV-01094 (RBW) |
| FEDERAL BUREAU OF INVESTIGATION, et al., | ) |
| Defendants. | ) |

[Proposed]
**ORDER**

THIS MATTER having come before the Court on Defendants' Motion for Extension of Time, and good cause having been shown, it is hereby:

ORDERED that defendants' motion is GRANTED; and it is further

ORDERED that the April 5, 2006 scheduling Order entered by this Court is hereby STAYED; and it is further

ORDERED that defendants file a status report with the Court no later than June 15, 2006, either informing the Court of the anticipated time for processing the Legat Riyadh file and proposing a briefing schedule filing, or otherwise informing the Court of the status of the Legat Riyadh file and providing an anticipated date by which a briefing schedule will be proposed.

**SO ORDERED.**


Dated: May __, 2006.                           _____
                                                REGGIE B. WALTON
                                                United States District Judge