UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELISABETH T. KIDDER,<br><br>           Plaintiff,<br><br>  v.<br><br>FEDERAL BUREAU OF INVESTIGATION, *et al.*,<br><br>           Defendants. | Civil Action No.  05-1094 (RBW) |

**ORDER**

It is hereby

ORDERED that defendants' unopposed motion for extension of time [Dkt. #20] is GRANTED.  It is further

ORDERED that the April 6, 2006 Scheduling Order [Dkt. #18] is STAYED.  It is further

ORDERED that defendants shall file a status report with the Court no later than **June 15, 2006** informing the Court of the status of the agency's review of the Legat Riyadh file and proposing a briefing schedule for its dispositive motion.

SO ORDERED.

Date:  May 25, 2006

                                            /s/
                                REGGIE B. WALTON
                                United States District Judge