Case 1:05-cv-01094-RBW

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

ELISABETH KIDDER
2587 HYDRAULIC ROAD APT C
CHARLOTTESVILLE, VA 22901
(434) 409-0131

       PLAINTIFF

v.                        CIVIL ACTION NO. 1:05-CV-1094 (RBW)

FEDERAL BUREAU OF INVESTIGATION, *ET. AL.*,

       DEFENDANTS

## **PROPOSED ORDER**

It is hereby

ORDERED that Defendant FBI shall complete the processing of Plaintiff's January 8, 2005 FOIA request and produce or identify all responsive records within 20 days of the date of this order. It is further

ORDERED that Defendants shall provide Plaintiff with a document index and declaration, as specified in <u>Vaughn v. Rosen</u>, 484 F.2d 820 (D.C.Cir.1973), stating all justifications for the withholding of any documents responsive to Plaintiff's request within 30 days of the date of this order. It is further

ORDERED that Defendants shall file their cross-motion for summary judgment within 30 days of the date of this order.

SO ORDERED.

Date: _____                                    _____/s/_____
                                                                      REGGIE B. WALTON
                                                                      United States District Judge