UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELISABETH T. KIDDER,<br><br>         Plaintiff,<br><br>    v.<br><br>FEDERAL BUREAU OF INVESTIGATION, *et al.*,<br><br>         Defendants. | Civil Action No. 05-1094 (RBW) |

### ORDER

Having considered defendants' Status Report, plaintiff's response, and the parties' proposed scheduling orders, it is hereby

ORDERED that defendants shall file their motion for summary judgment on the applicability of Exemption 7(A) by August 11, 2006.  Plaintiff shall file her opposition by September 13, 2006, and defendants shall file their reply, if any, by September 26, 2006.  The filing of this summary judgment motion by defendants shall not constitute a waiver of any claim that additional FOIA exemptions other than Exemption 7(A) apply to the records at issue.

SO ORDERED.

             /s/
REGGIE B. WALTON
United States District Judge

Date: June 29, 2006