1:05-cv-1094 (RBW)

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

ELISABETH KIDDER
2587 HYDRAULIC ROAD APT C
CHARLOTTESVILLE, VA 22901
(434) 409-0131

v.                                    CIVIL ACTION NO. 1:05-cv-1094 (RBW)

FEDERAL BUREAU OF INVESTIGATION
9TH AND PENNSYLVANIA AVENUE, N.W.
WASHINGTON, D.C. 20535

DEPARTMENT OF JUSTICE
950 PENNSYLVANIA AVENUE, N.W.
WASHINGTON DC 20530

## MOTION FOR EXPEDITED CLARIFICATION OR, IN THE ALTERNATIVE, MODIFICATION OF THE JUNE 29, 2006 ORDER

Plaintiff respectfully moves this Court to clarify, or, in the alternative, to modify, on an expedited basis, the Order entered in this matter on June 29, 2006 ("Order"). In the Order, the Court explicitly overruled Plaintiff's objections to Defendant's request to move for summary judgment based solely on Exemption 7(A). The Court ordered the government to file their summary judgment motion on the applicability of Exemption 7(A) by August 11, 2006. The Court also granted the government's request that this motion would not constitute a waiver of any claim that additional FOIA exemptions other than Exemption 7(A) apply to the records at issue.

Contrary to their request and in violation of the Order, the government's Motion for Summary Judgment asserts not only Exemption 7(A), but also Exemptions 1, 2, 6 and 7(C). Defs.' Mem. to Mot. for Summ. J. at 24-34. In light of this, Plaintiff requests that the Court clarify that Defendants' assertion of Exemptions 1, 2, 6 and 7(C) may be

1:05-cv-1094 (RBW)

disregarded without penalty by Plaintiff in her opposition to Defendant's Motion for Summary Judgment as violative of the Court's Order and therefore not properly before the Court at this time.

  Alternatively, Plaintiff moves for modification of the Order to allow Plaintiff additional time to fully respond to the additional exemptions asserted by Defendant not contemplated by the Court's Order. Plaintiff proposes that she file her opposition by September 27, 2006 and Defendants file their reply, if any, by October 10, 2006. Plaintiff additionally requests that the Court rescind the waiver provision of the Order. Defendants, by arguing additional FOIA exemptions other than 7(A), have waived any claim that additional FOIA exemptions beyond 1, 2, 6, 7(A) and 7(C) apply.

  A proposed order is attached hereto.

Respectfully Submitted this 15th day of August, 2006.

Elisabeth Kidder
2587 Hydraulic Road Apt C
Charlottesville, VA 22901