1:05-cv-1094 (RBW)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ELISABETH T. KIDDER

**CIVIL ACTION NO. 1:05-cv-1094 (RBW)**

FEDERAL BUREAU OF INVESTIGATION, ET AL

## ORDER

It is hereby

ORDERED that plaintiff shall file her opposition by September 27, 2006, and defendants shall file their reply, if any, by October 10, 2006. Defendants are hereby deemed to have waived any claim that additional FOIA exemptions other than Exemptions 1, 2, 6, 7(A) and 7(C) apply to the records at issue.

SO ORDERED.

/s/
REGGIE B. WALTON
United States District Judge