UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELISABETH T. KIDDER,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>FEDERAL BUREAU OF INVESTIGATION, *et al.*,<br><br>　　　　　Defendants. | Civil Action No.  05-1094 (RBW) |

## ORDER

It is hereby

ORDERED that plaintiff's "Motion for Expedited Clarification or, in the Alternative, Modification of the June 29, 2006 Order" [Dkt. #26] is GRANTED IN PART and DENIED IN PART.  Plaintiff's request for additional time to respond to defendants' summary judgment motion is granted, and she shall file her opposition or other response by September 27, 2006.  Defendants shall file their reply, if any, by October 10, 2006.  In all other respects, plaintiff's motion is denied.

　　　SO ORDERED.

　　　　　　　　　　　　　　　　　　　　　　　　　　　／s／
　　　　　　　　　　　　　　　　　　　　　　　REGGIE B. WALTON
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

Date: August 23, 2006