**United States District Court**
**For The District Of Columbia**

Elisabeth Kidder
2587 Hydraulic Road Apt C
Charlottesville, Va 22901
(434) 409-0131

**Civil Action No. 1:05-Cv-1094 (RBW)**

Federal Bureau Of Investigation
9th And Pennsylvania Avenue, N.W.
Washington, D.C. 20535

Department Of Justice
950 Pennsylvania Avenue, N.W.
Washington Dc 20530

**Plaintiff's Affidavit in Support of Her Memorandum in Opposition to Defendant's Motion for Summary Judgment**

I, Elisabeth T. Kidder, declare as follows:

1. My name is Elisabeth T. Kidder. My current residence address is 2587 Hydraulic Road Apt. C, Charlottesville, Virginia 22901. I am a citizen of the United States and am over the age of 18. I have personal knowledge of the facts set forth in this Affidavit.

2. I am the plaintiff in the above-captioned case, Kidder v. Federal Bureau of Investigation et al., Civil Action No. 1:05-cv-1094 (RBW) (United States District Court for the District of Columbia).

3. I have attached hereto as Exhibit A, page 1 true and correct excerpts that I transcribed from the transcript of Ahmed Abu Ali's detention hearing, maintained at the United States District Court for the Eastern District of Virginia located in

Alexandria, Virginia. <u>United States v. Abu Ali</u>, Tr., Mar. 1, 2005 Detention Hr'g (E.D. Va. No. 05-CR-0053).

4. I have attached hereto as Exhibit A, page 2 true and correct excerpts that I transcribed from the transcript of Ahmed Abu Ali's suppression hearing, maintained at the United States District Court for the Eastern District of Virginia located in Alexandria, Virginia. <u>United States v. Abu Ali</u>, Tr., Oct. 17, 2005 Suppress Hr'g (E.D. Va. No. 05-CR-0053).

5. I have attached hereto as Exhibit A, page 3 true and correct excerpts that I transcribed from docket number 95 in the case of <u>United States v. Abu Ali</u>, maintained at the United States District Court for the Eastern District of Virginia located in Alexandria, Virginia. <u>United States v. Abu Ali</u>, (E.D. Va. No. 05-CR-0053).

6. I have attached hereto as Exhibit A, pages 4-5 a true and correct list of documents that I transcribed from the Ahmed Abu Ali record, maintained at the United States District Court for the Eastern District of Virginia located in Alexandria, Virginia. <u>United States v. Abu Ali</u>, (E.D. Va. No. 05-CR-0053).

7. I have attached hereto as Exhibit A, page 6 true and correct excerpts from a memorandum from the Saudi Mabahith to the FBI, Exhibit B to Gov't Position on Sentencing, Feb. 10, 2006, docket no 372 in <u>United States v. Abu Ali</u>, (E.D. Va. No. 05-CR-0053), maintained at the United States District Court for the Eastern District of Virginia located in Alexandria, Virginia.

8. I have attached hereto as Exhibit A, page 7 a true and correct list of eight (8) alternate spellings of Ahmed Abu Ali's name I found throughout the record of

<u>United States v. Abu Ali</u>, (E.D. Va. No. 05-CR-0053), maintained at the United States District Court for the Eastern District of Virginia located in Alexandria, Virginia.

I swear under penalty of perjury that the information contained herein is true and correct, based on personal knowledge, and I would be competent to testify to such matters if called to do so.

Executed this 27th day of September, 2006 in Charlottesville, Virginia.

*[signature]*

Elisabeth Kidder
2587 Hydraulic Road Apt C
Charlottesville, VA 22901