1:05cv1094 (rbw)                               Exhibit A to Pls. Opp. to Defs. Mot. for Summ. J.

**EXHIBIT A**

The following are true and correct excerpts transcribed from the transcript of Ahmed Abu Ali's detention hearing, maintained at the United States District Court for the Eastern District of Virginia located in Alexandria, Virginia. <u>United States v. Abu Ali</u>, Tr., Mar. 1, 2005 Detention Hr'g (E.D. Va. No. 05-CR-0053).

> Q: To what extent, if at all, were you seeking to develop information and [sic] support of a criminal prosecution?
> A: We were not. We were strictly there for intelligence.
> > p. 31 (Assistant US Attorney David H. Laufman to FBI Special Agent Barry Cole on four day interrogation of Abu Ali in September 2003)
>
> Q: And after he asked to see an attorney, did it continue to be the case that you were seeking information for intelligence gathering purposes versus information developed for a criminal case?
> A: That is correct.
> > p. 32 (Assistant US Attorney David H. Laufman to FBI Special Agent Barry Cole on September 14, 2003 interview of Ahmed Abu Ali)
>
> Q: Was [the FBI] seeking the information for intelligence purposes or in support of a potential criminal prosecution?
> A: For intelligence purposes.
> > p. 34 (Assistant US Attorney David H. Laufman to FBI Special Agent Maria Joycs on June 15, 2003 interview of Ahmed Abu Ali)

1:05cv1094 (rbw)                                         Exhibit A to Pls. Opp. to Defs. Mot. for Summ. J.

The following is a true and correct excerpt transcribed from the transcript of Ahmed Abu Ali's suppression hearing, maintained at the United States District Court for the Eastern District of Virginia located in Alexandria, Virginia. <u>United States v. Abu Ali</u>, Tr., Oct. 17, 2005 Suppress Hr'g (E.D. Va. No. 05-CR-0053).

> Q: Now, you had conducted a search warrant against Mr. Abu Ali, though, for the purpose of collecting information that could be used in prosecution, correct?
> A: Not a prosecution; to gather intelligence to prevent other future acts of terrorism against the U.S.
> 
> p. 15 (Defense attorney Khurrum Wahid to FBI Agent Luke Kuligowski)

1:05cv1094 (rbw)            Exhibit A to Pls. Opp. to Defs. Mot. for Summ. J.

The following are true and correct excerpts transcribed from docket number 95, maintained at the United States District Court for the Eastern District of Virginia located in Alexandria, Virginia. United States v. Abu Ali (E.D. Va. No. 05-CR-0053).

> [T]he government has already provided defendant with … the names of unindicted coconspirators …; the name of the individual with whom he became friends as alleged in Count 1, paragraph 3…; the name of the individual to whom the defendant was introduced, as alleged in Count 1, paragraph 7…; the identity of the individual with whom the defendant had discussions about assassinating the president of the United States…; the name of the individual with whom he met clandestinely …; and the identity of the 'specially designated terrorist' cited in Counts 5 and 6.
>
>                          Gov't Omnibus Resp. to Def.'s Non-Dispositive Pre-Trial Mots., 3 n.2 (June 3, 2005). United States v. Abu Ali (E.D. Va. No. 05-CR-0053).

Names of unindicted co-conspirators

1. Moneith al-Qahtani
2. Sultan Jubran Sultan al-Qahtani aka Zubayr Al-Rimi
3. Sheikh Nasser al-Fahd
4. Ali Abd al-Rahman al-Faqasi aka Abu Bakr al-Azdi
5. Talib Abd al-Karim, aka Abdullah
6. Muhammed Abd al-Fatah Karaam, aka Saleh
7. Abd al-Wahab al-Gharni, aka Wail
8. Khalid Abd al-Monem al-Ghamdi, aka Saleh
9. Hisham Mubarak al-Hakami
10. Omar Mubarak al-Hakami
11. Mohammed Salem al-Ghamdi aka Majid.

… The "specially designated terrorist" referred to in Counts 5 and 6 of the indictment is al-Qaeda.

>                          Letter from Paul J. McNulty and Assistant US Attorney David H. Laufman to Ashraf Nubani, Esq. June 1, 2005. Attach. to Gov't Omnibus Resp. to Def.'s Non-Dispositive Pre-Trial Mots. (June 3, 2005). United States v. Abu Ali (E.D. Va. No. 05-CR-0053).

1:05cv1094 (rbw)                           Exhibit A to Pls. Opp. to Defs. Mot. for Summ. J.

The following is an accurate list of documents contained in the Ahmed Abu Ali record maintained at the United States District Court for the Eastern District of Virginia located in Alexandria, Virginia. <u>United States v. Abu Ali</u> (E.D. Va. No. 05-CR-0053).

    Report of FBI Language Analyst Aisha A. Abdelhamid on challenges to deposition transcript.
        Attach. to Gov't Expert Report on Translation Challenges to the Transcript of Deposition Testimony, Oct. 11, 2005, docket no. 243. <u>United States v. Abu Ali</u> (E.D. Va. No. 05-CR-0053).

    Timeline of events that occurred during the time period of 2/19/2005 through 2/21/2005 during which Abu Ali was rendered from the Mabahith to the FBI, dated Feb. 23, 2005. No. AA-00086-93 and sc050547.ec.
        Ex. 10 to Defs. Motion for Release on Bond and Revocation of Magistrate Pretrial Detention Order, Sept. 14, 2005, docket no. 190. <u>United States v. Abu Ali</u> (E.D. Va. No. 05-CR-0053).

    Report from Robert B. Murray to "HQ-DIV13-ETIU" dated Feb. 22, 2005, 9:01 AM with the subject, "Rendition: Ahmed Abu Omar Abu Ali – Riyadh 1036."
        Ex. 18 to Motion for Release on Bond and Revocation of Magistrate Pretrial Detention Order, Sept. 14, 2005, docket no. 190. <u>United States v. Abu Ali</u> (E.D. Va. No. 05-CR-0053).

    Email from Michael A. Mason, Assistant Director in Charge, Washington Field Office, to Janine Ali, dated May 12, 2004, 5:34 PM, with the subject, "Ahmed Abu Ali follow up," in which Mr. Mason states, "this office has no further interest in Mr. Abu Ali's detention."
        Ex. 26 to Motion for Release on Bond and Revocation of Magistrate Pretrial Detention Order, Sept. 14, 2005, docket no. 190. <u>United States v. Abu Ali</u> (E.D. Va. No. 05-CR-0053).

    Notes from FBI interviews of Abu Ali in September 2003.
        Attach. to Govt's Position on the Permissible use of Non-Mirandized Statements During Cross-Examination of the Defendant, Nov. 7, 2005, docket no. 318. <u>United States v. Abu Ali</u> (E.D. Va. No. 05-CR-0053).

    Computer receipt from S.E.R.A. Int. Computer Systems.
        Attach A to Gov't Mot. in Limine for a Determination that a Foreign Business Record is a Foreign Record of Regularly Conducted Activity under 18 USC 3505, Oct. 31, 2005, docket no. 291. <u>United States v. Abu Ali</u> (E.D. Va. No. 05-CR-0053).

    "Ahmad Omar Abu Ali Home Summary," session dated July 31, 2004, doc name 1W04213e.sav, doc no. 315N-WF-223000SubEL1, prepared by Lina Walker, FISA linguist (summary of FISA recording).
        Ex. 1 to Defs. Mot. to Reconsider Defendant's Motion In Limine to Exclude from Evidence Any Recordings of Conversations Between the Defendant and His Parents and to Exclude from Evidence Defendant's September 18, 2003 Letter to His Parents While in Saudi Custody and to Conduct Evidentiary Hearing to Determine Whether There Has Been

Case 1:05-cv-01094-RBW   Document 29-3   Filed 09/27/2006   Page 5 of 7

1:05cv1094 (rbw)                              Exhibit A to Pls. Opp. to Defs. Mot. for Summ. J.

          Government Tampering of Tape Recordings, Oct. 14, 2005, docket no.
          253. United States v. Abu Ali (E.D. Va. No. 05-CR-0053).

"Ahmad Omar Abu Ali Home Summary," session dated Aug. 28, 2004, doc name 1W04241a.sav, doc no. 315N-WF-223000SubEL1A-5, prepared by Lina Walker, FISA linguist (summary of FISA recording).
          Ex. 1 to Defs. Mot. to Reconsider Defendant's Motion In Limine to
          Exclude from Evidence Any Recordings of Conversations Between the
          Defendant and His Parents and to Exclude from Evidence Defendant's
          September 18, 2003 Letter to His Parents While in Saudi Custody and
          to Conduct Evidentiary Hearing to Determine Whether There Has Been
          Government Tampering of Tape Recordings, Oct. 14, 2005, docket no.
          253. United States v. Abu Ali (E.D. Va. No. 05-CR-0053).

"Ahmad Omar Abu Ali Home Summary," session dated Sept. 11, 2004, doc name 1W04255a.sav, doc no. 315N-WF-223000SubEL1A, prepared by Lina Walker, FISA linguist (summary of FISA recording).
          Ex. 1 to Defs. Mot. to Reconsider Defendant's Motion In Limine to
          Exclude from Evidence Any Recordings of Conversations Between the
          Defendant and His Parents and to Exclude from Evidence Defendant's
          September 18, 2003 Letter to His Parents While in Saudi Custody and
          to Conduct Evidentiary Hearing to Determine Whether There Has Been
          Government Tampering of Tape Recordings, Oct. 14, 2005, docket no.
          253. United States v. Abu Ali (E.D. Va. No. 05-CR-0053).

"Ahmad Omar Abu Ali Home Summary," session dated Sept. 25, 2004, doc name 1W04269c.sav, doc no. 315N-WF-223000SubEL1A-8, prepared by Lina Walker, FISA linguist (summary of FISA recording).
          Ex. 1 to Defs. Mot. to Reconsider Defendant's Motion In Limine to
          Exclude from Evidence Any Recordings of Conversations Between the
          Defendant and His Parents and to Exclude from Evidence Defendant's
          September 18, 2003 Letter to His Parents While in Saudi Custody and
          to Conduct Evidentiary Hearing to Determine Whether There Has Been
          Government Tampering of Tape Recordings, Oct. 14, 2005, docket no.
          253. United States v. Abu Ali (E.D. Va. No. 05-CR-0053).

"Ahmad Omar Abu Ali Home Summary," session dated Nov. 6, 2004, doc name 1W04311a.sav, doc no. 315N-WF-223000, prepared by Lina Walker, FISA linguist (summary of FISA recording).
          Ex. 1 to Defs. Mot. to Reconsider Defendant's Motion In Limine to
          Exclude from Evidence Any Recordings of Conversations Between the
          Defendant and His Parents and to Exclude from Evidence Defendant's
          September 18, 2003 Letter to His Parents While in Saudi Custody and
          to Conduct Evidentiary Hearing to Determine Whether There Has Been
          Government Tampering of Tape Recordings, Oct. 14, 2005, docket no.
          253. United States v. Abu Ali (E.D. Va. No. 05-CR-0053).

1:05cv1094 (rbw)                                    Exhibit A to Pls. Opp. to Defs. Mot. for Summ. J.

    The following are true and correct excerpts transcribed from a memorandum from the Saudi Mabahith to the FBI, Exhibit B to Gov't Position on Sentencing, Feb. 10, 2006, docket no 372 <u>United States v. Abu Ali</u> (E.D. Va. No. 05-CR-0053), maintained at the United States District Court for the Eastern District of Virginia located in Alexandria, Virginia.

    "Summary of the interrogation with every member in Al-Faqassi's cell associated with Abu Ali." Includes a summary of the interrogations of:

- "Ali bin Abd Al-Rahman Al-Faqassi, Saudi national, alas Abubaker Al-Azzady; Adel."
- "Muhammad Salem Al-Ghamdi, Saudi national, alias Majed aka Abu Mu'aad, aka Talal."
- "Omar Mubarak Al-Hakmi, Saudi national, alias Abu Al-Bara'a Al-Dawsi aka Ahmad"
- "Abd Al-Wahab bin Mu'iedh Al-Jarni aka Al-Qarni."

1:05cv1094 (rbw) <span style="float:right">Exhibit A to Pls. Opp. to Defs. Mot. for Summ. J.</span>

Plaintiff found eight (8) versions of Mr. Abu Ali's name in the record:

> Ahmad Abu-'Ali and Ahmad 'Umar Abu-Ali
>> English Translation of Defendant's Handwritten Summary Confession, Govt Ex. 64, United States v. Abu Ali (E.D. Va. No. 05-CR-0053)

> Ahmed Abu Omar Abu Ali
>> Report from Robert B. Murray to "HQ-DIV13-ETIU" dated Feb. 22, 2005. Ex. 18 to Motion for Release on Bond and Revocation of Magistrate Pretrial Detention Order, Sept. 14, 2005, docket no. 190. United States v. Abu Ali (E.D. Va. No. 05-CR-0053)

> Ahmed Omar Mohammed Abu Ali
>> "Questions for Ahmed Omar Mohammed Abu Ali." Gov't Ex. 11-S to Suppress Hr'g. United States v. Abu Ali (E.D. Va. No. 05-CR-0053)

> Ali, Ahmed Abu; alias Souri, Ashraf, Al Abu Ali, Ahmed Omar.
>> FBI arrest record of Abu Ali (918984HC9) with Bates stamp no. AA-0009. Ex. 30 to Defs. Motion for Release on Bond and Revocation of Magistrate Pretrial Detention Order, Sept. 14, 2005, docket no. 190. United States v. Abu Ali (E.D. Va. No. 05-CR-0053).