Case 1:05-cv-01094-RBW   Document 29-5   Filed 09/27/2006   Page 1 of 2

1:05cv1094 (rbw)                                  Exhibit E to Pls. Opp. to Defs. Mot. for Summ. J.

U.S. Department of Justice



_____ Federal Bureau of Investigation
Washington, D.C. 20535

## FOIA REQUEST FORM

**Requester's Name:** _____

**Address:** _____
_____
_____
_____

**Phone Number (optional):** _____

**Fax Number (optional):** _____

**E-Mail (optional):** _____

**Subject:** _____
_____
_____
_____

In order to help to determine status to assess fees, select:
- ○ An individual seeking information for personal use
- ○ Affiliated with an educational or noncommercial institution, and this request is made for a scholarly purpose
- ○ Affiliated with a private corporation and seeking information for use in the company's business
- ○ A representative of the news media and this request is made part of news gathering and not for commercial use

   **Enter media name:** _____

   **Select type of Media:**
   - ○ Newspaper
   - ○ Magazine
   - ○ Television Station
   - ○ Other

   **Purpose:** _____
   _____
   _____
   _____
   _____
   _____

**Enter maximum amount you are willing to pay:** $_____
**Explanation for a request for a waiver of fees:**
_____
_____
_____
_____

**Additional Comments:**
_____
_____
_____
_____

[ PRINT ]     This form cannot be used for Privacy Act requests or requests for information about a third party.     [ SEND ]

Case 1:05-cv-01094-RBW    Document 29-5    Filed 09/27/2006    Page 2 of 2

1:05cv1094 (rbw)             Exhibit E to Pls. Opp. to Defs. Mot. for Summ. J.



U.S. Department of Justice

Federal Bureau of Investigation

Washington, D.C. 20535

## FOIA Request Instructions

**ONLINE USERS:**

- If your request is for information concerning an organization, business, investigation, historical event or incident, you may submit your request online.

  ❏ **FOIA Request Form**

  By clicking on "send", your request will be submitted to julia.eichhorst@ic.fbi.gov

**OTHER REQUESTERS:**

- Provide your complete name and mailing address.

  (Telephone, Fax and email addresses are optional.)

- If your request is for information about a third party, you **must** submit his/her **notarized authorization**, or you may use:

  ❏ **Privacy Waiver and Certification of Identity Form**

  Provide the complete name, date and place of birth, social security number and any other identifying data that will help locate the information concerning the subject of your request.

  Mail your request to the address listed below.

- If your request is for information concerning a deceased individual, you must provide his/her proof of death in the form of an obituary or Social Security Index page. You should also provide his/her complete name, date and place of birth, social security number and any other identifying data that will help locate the information.

  This request may be mailed or sent by facsimile (fax) to (202)324-3752.

- State how much you are willing to pay for duplication fees if any are assessed.

- Mailing address:    Federal Bureau of Investigation (FBI)
  Record Information/Dissemination Section (RIDS)
  Service Request Unit, Room 6359
  935 Pennsylvania Avenue, NW
  Washington, D.C. 20535