Case 1:05-cv-01094-RBW    Document 29-7    Filed 09/27/2006    Page 1 of 1

1:05cv1094 (rbw)                        Ex. G to Pls. Opp. to Defs. Mot. for Summ. J.

Honorable Tom Davis
Member of Congress
Suite 103
4115 Annandale Road
Annandale, VA 22003

'IL 29 2004

Dear Congressman Davis:

    I am writing in response to your June 3, 2004, inquiry to the FBI, on behalf of
your constituents ▮▮▮▮▮▮ who are concerned about ▮▮▮▮▮ Ahmed Abu Ali,
who has been detained in Saudi Arabia since June 11, 2003.  Your letter was referred to my
office for response since their concerns fall within the purview of the FBI's Counterterrorism
Division.

b6

b7C

    As reflected in their correspondence, your constituents have been in contact with
representatives from the State Department as well as the FBI concerning their son's detention.  In
their letter, they reference an e-mail from a high-ranking FBI official in Washington which
reportedly stated that "this office has no further interest" in their son's detention.  In addition,
they state that the FBI informed their lawyer that there are no charges against their son nor any
intentions to bring charges in the future.  Please note, the attachments referenced in your
constituents' letter were not received by the FBI.

    It is a longstanding policy of the Department of Justice and the FBI not to
comment on pending cases.  This policy, which has existed for a number of years to protect the
rights of all parties involved in an investigation, limits my ability to respond to the concerns
raised by your constituents.  However, I have been advised by our Washington Field Office that
the communications referenced in your constituents' letter were limited to responding to specific
questions concerning the FBI's interest in the continued detention of their son by the Kingdom of
Saudi Arabia.  I've been advised that our office has not discussed pending investigations or plans
for future investigations with your constituents or their representatives.

    I regret that I am unable to be more responsive to your inquiry at this time.

Sincerely yours,

Gary M. Bald
Assistant Director
Counterterrorism Division

MAILED 39
AUG 2 2004  FBI

1 - ADIC, Washington Field Office
1 - Mr. Bald, Rm. 5012
1 - Mr. Harrington, Rm. 4330
1 - ▮▮▮▮▮▮ Rm. 4981
1 - FBI, ES, Rm. 6236 (DO/2711) - 
1 - CAO, Rm. 7240 - Enc. -
66F-HQ-A1413614-G - 256
62F-HQ-1077229
ABT

b6

b7C

| Dep. Dir. | APPROVED: | Admin. Serv. | | Info. Res. | | Training |
| Chief of Staff | | Crim. Inv. | | Inspection | | OGC |
| Off. of Gen. Counsel | | CJIS | | Inv. Serv. | | OPR |
| Asst. Dir.: | | Counterterror | | Laboratory | | OPCA ⬚ |
| Admin. Serv. | Director | Finance | | National Sec. | | OEEO |
| Counterterrorism | | | | | | |
| Crim. Inv. | | | | | | |
| CJIS | | MAIL ROOM ⬚ | | | | |
| Finance | | | | | | |
| Info. Res. | | | | | | |
| Insp. | | | | | | |
| Inv. Serv. | | | | | | |
| Lab. | | | | | | |
| National Sec. | | | | | | |
| OPR | | | | | | |
| Off. of Public & Cong. Affs. | | | | | | |
| Training | Dep. Director | | | | | |
| Off. of EEOA | | | | | | |
| Director's Office | | | | | | |

Jan 7/22/04