

Freedom of Information - Privacy Act
foia.fbi.gov

FBI Priorities
About Us
Press Room
What We Investigate
Counterterrorism
Directorate of Intelligence
Most Wanted
Law Enforcement Services
Your Local FBI Office
Reports & Publications
FBI History
For the Family
FOIA Library/Requests
Employment
How Do I...
Search
Home

Submit A Tip
Apply Today
Links
Contact Us
Site Map
Privacy Policy

# Welcome to the FBI's FOIA Website

Here you will find one-stop shopping to request information that may be found in the FBI's Central Records System. What kind of information?

... Information about **an organization, business, investigation, historical event, or incident.**
... Information about a **third party.**
... Information about **a deceased person.**
... Information about **yourself.**

Each of these requests uses a different form or process, all carefully described in our sections on FOIA Request Instructions and Privacy Act Instructions, accessible on the right hand menu.

Here you will also find one-stop browsing of the FBI's FOIA Reading Room Index of our most frequently requested documents available for reading at FBI Headquarters in Washington, DC…and a separate index of our ever expanding Electronic Reading Room, where you can read our most popular documents from the comfort of your own computer. Here you will find everything you wanted to know about spies, gangsters, famous people, history, and unusual case from our files.

**Want to do research at The FBI Reading Room?** It is located at FBIHQ, 935 Pennsylvania Avenue, NW, Washington, DC; hours, 8:30 am to 2:30 pm. You are required to make appointments 48 hours in advance of arriving; please call 202-324-5391 to make your appointment.

**The following are FOIA officers and contact numbers:**

**Section Chief, Record Information/Dissemination Section (RIDS)**
David M. Hardy

**FOIA Requester Service Center (RSC)**
(202) 324-9486

Please call the RSC number to inquire about the status of an existing FOIPA request or to acquire information

Introduction
Reading Room Index
Electronic Reading Room
FBI File Fact Sheet (pdf)
FOIA Request Instructions (pdf)
- FOIA Request Form (pdf)
- Privacy Waiver and Certificate of Identity Form (pdf)
Privacy Act Instructions (pdf)
- Privacy Act Request Form (pdf)
Privacy Impact Assessments
Major Information Systems
- Central Records System
- Fingerprint Identification Records System
- National Crime Information Center
- National DNA Index System
- National Instant Criminal Background Check System
DOJ Reference Guide
U.S. DOJ FOIA
Search

| | about submitting a new FOIPA request. |
|---|---|
| **FOIPA Public Information Officer (PIO)** Gloria Ralph-McKissic (202) 220-1122 | Please call the PIO number for other FOIPA matters such as narrowing the scope of a voluminous request, expedite processing, conducting research, duplication fees, etc. |
| **FOIPA Public Liaison Officer (PLO)** Nancy L. Steward (540) 868-4516 | Please call the PLO number if you have concerns about information received about the FOIPA after contacting either the RSC or the PIO. |

**A little bit about our operation—brought to you by the Record/Information/Dissemination Section (RIDS)** of the FBI's Records Management Division.

- **Mission** : to effectively plan, develop, direct and manage responses to requests for access to FBI records and information. The requests and disclosure comply with the Freedom of Information and Privacy Acts (Title 5, United States Code, Section 552 and 552a), Executive Order 12958, as amended, Presidential, Attorney General, and FBI policies and procedures, judicial decisions, and other Presidential and Congressional directives. In furtherance of this mission, RIDS efforts are directed to appropriately release information in an efficient and effective manner protecting legitimate law enforcement, foreign policy, and national security and defense interests and to remain forthcoming to the American public.
- **Staff:** RIDS currently employs approximately 300 employees, most of whom are Legal Administrative Specialists. RIDS consists of 11 Units whose shared function is to intake, review, process, and release information in response to FOIA and Privacy Act requests.
- **Use of technology to expedite customer service:** We've moved to paperless processing through our FOIPA Document Processing Systems (FDPS), compliant with the legal requirements under E-FOIA for the electronic processing of requests for documents classified at the "Secret" level or below. The FDPS allows the FBI to scan official FBI paper files, documents, and correspondence, and then process them electronically rather than by the traditional method of redacting information manually on paper. RIDS is using the system for all new FOIA and Privacy Act requests.
- **Maintenance of FOIA reading rooms:** RIDS maintains the FBI Reading Room in FBIHQ. All

Reading Room documents have been converted to CD ROMs, each CD holding some 16,000 pages of text and photos. These can be purchased on site for $15 per CD. RIDS also maintains the Electronic Reading Room located on this website.



All of these publications are in PDF (Portable Document Format). To view them you will need to have the Adobe Acrobat Reader plug-in installed on your computer. The Reader can be downloaded at no cost from Adobe's site on the World Wide Web.

If you have difficulty accessing any material on this site because of a disability, please contact us in writing or via telephone and we will work with you to make the information available.

Freedom of Information/Privacy Act Section
202-324-6730