1:05cv1094 (rbw)                                    Ex. C to Pls. Opp. to Defs. Mot. for Summ. J.

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| UNITED STATES OF AMERICA | ) | Criminal Case No. 1:05CR53 |
|---|---|---|
| v. | ) | Hon. Gerald Bruce Lee |
| AHMED OMAR ABU ALI, | ) | |
| Defendant | ) | |

GOVERNMENT'S EXHIBIT LIST FOR
SUPPRESSION HEARING, OCTOBER 11-20, 2005

1S   Photo of Defendant taken following Admission to Riyadh prison on June 10, 2003.
     - **Previously admitted as Government's Trial Exhibit 32 during depositions**

2S   Memo from Mabahith to FBI, dated 4/9/1424H (6/9/03) (Arabic)

3S   Memo from Mabahith to FBI, dated 4/9/1424H (6/9/03) (English Translation)

4S   E-mail from Special Agent Maria Jocys, dated 6/10/2003, 7:54am

5S   E-mail from Special Agent Maria Jocys, dated 6/11/2003, 7:34am

6S   E-mail from Special Agent Maria Jocys, dated 6/12/2003, 4:44am

7S   Questions for defendant submitted to the Mabahith

8S   FBI Memorandum Regarding 6/15/2003 Interrogation of Defendant by the Mabahith

9S   E-mail from Special Agent Maria Jocys, dated 6/15/2003, 9:21am

10S  E-mail from Special Agent Maria Jocys, dated 7/2/2003, 10:02am

11S  "Questions for Ahmed Omar Mohammed Abu Ali" with written note

12S  State Department Consular Cable, 07/09/2003

13S  State Department Consular Cable, 08/11/2003

A TRUE COPY, TESTE:
CLERK, U.S. DISTRICT COURT
BY _____
   DEPUTY CLERK

Case 1:05-cv-01094-RBW    Document 30    Filed 09/27/2006    Page 2 of 4

1:05cv1094 (rbw)                                    Ex. C to Pls. Opp. to Defs. Mot. for Summ. J.

| | | |
|---|---|---|
| ✓ | 14S | State Department Consular Cable, 9/8/2003 |
| ✓ | 15S | State Department Consular Cable, 10/7/2003 |
| ✓ | 16S | State Department Consular Cable, 11/8/2003 |
| ✓ | 17S | State Department Consular Cable, 2/25/2004 |
| ✓ | 18S | State Department Consular Cable, 5/12/2004 |
| | 19S | State Department Consular Cable, 7/26/2004 |
| ✓ | 20S | State Department Consular Cable, 9/25/2004 |
| ✓ | 21S | State Department Consular Cable, 10/24/2004 |
| ✓ | 22S | Letter from Defendant to his Parents, dated 9/18/2004 |
| ✓ | 23S | Excerpt from notes of Special Agent Luke Kuligoski |
| | 24S | Minutes of Interrogation (Arabic)<br>- **Previously admitted as Government's Trial Exhibit 18 during depositions** |
| | 25S | Minutes of Interrogation (English Translation) |
| ✓ | 26S | Defendant's Written Summary Confession (Arabic)<br>- **Previously admitted as Government's Trial Exhibit 22 during depositions** |
| ✓ | 27S | Defendant's Written Summary Confession (English Translation) |
| ✓ | 28S | DVD containing Video Confession by Defendant (Arabic)<br>- **Previously admitted as Government's Trial Exhibit 31 during depositions** |
| ✓ | 29S | Written Transcript of DVD containing Video Confession by Defendant (English Translation) |
| ✓ | 30S | DVD containing Video Confession by Defendant (Arabic, with English subtitles) |
| ✓ | 31S | Defendant's Medical Records from Riyadh prison (Arabic) |
| ✓ | 32S | Defendant's Medical Records from Riyadh prison (English Translation) |

Case 1:05-cv-01094-RBW    Document 30    Filed 09/27/2006    Page 3 of 4

1:05cv1094 (rbw)                                    Ex. C to Pls. Opp. to Defs. Mot. for Summ. J.

| | | |
|---|---|---|
| ✓ | 33S | Report of Medical Examination by Dr. Richard Schwartz, 2/21/2005 |
| ✓ | 34S | Photograph #1 of Defendant, taken by Court-appointed Photographer |
| ✓ | 35S | Photograph #2 of Defendant, taken by Court-appointed Photographer |
| ✓ | 36S | Photograph #3 of Defendant, taken by Court-appointed Photographer |
| ✓ | 37S | Photograph #4 of Defendant, taken by Court-appointed Photographer |
| ✓ | 38S | Photograph #5 of Defendant, taken by Court-appointed Photographer |
| ✓ | 39S | Photograph #6 of Defendant, taken by Court-appointed Photographer |
| ✓ | 40S | Intake Mental Health Screening and Assessment, by Alexandria Detention Center, dated 2/21/2005 |
| ✓ | 41S | Physical Assessment of Defendant, Alexandria Detention Center, dated 2/23/2005 |
| ✓ | 42S | Interdisciplinary Progress Notes, Alexandria Detention Center, 2/23/2005 to 5/9/2005 |
| ✓ | 43S | Disciplinary Segregation Medical Documentation, Alexandria Detention Center, 3/8/05 to 8/9/05 |
| | 44S | CD of 7/17/2004 FISA Call |
| | 45S | Transcript of 7/17/2004 FISA Call (English Translation) |
| | 46S | CD of 7/31/2004 FISA Call |
| | 47S | Transcript of 7/31/2004 FISA Call (English Translation) |
| ✓ | 48S | CD of 8/14/2004 FISA Call |
| ✓ | 49S | Transcript of 8/14/2004 FISA Call (English Translation) |
| ✓ | 50S | CD of 8/28/2004 FISA Call |
| ✓ | 51S | Transcript of 8/28/2004 FISA Call (English Translation) |
| | 52S | CD of 9/11/2004 FISA Call |
| | 53S | Transcript of 9/11/2004 FISA Call (English Translation) |

Case 1:05-cv-01094-RBW   Document 30   Filed 09/27/2006   Page 4 of 4

1:05cv1094 (rbw)                                    Ex. C to Pls. Opp. to Defs. Mot. for Summ. J.

- ✓ 54S   CD of 9/25/2004 FISA Call
- ✓ 55S   Transcript of 9/25/2004 FISA Call (English Translation)
-   56S   CD of 10/9/2004 FISA Call
-   57S   Transcript of 10/9/2004 FISA Call (English Translation)
-   58S   CD of 10/23/2004 FISA Call
-   59S   Transcript of 10/23/2004 FISA Call (English Translation)
- ✓ 60S   CD of 11/6/2004 FISA Call
- ✓ 61S   Transcript of 11/6/2004 FISA Call (English Translation)
-   62S   CD of 11/13/2004 FISA Call
-   63S   Transcript of 11/13/2004 FISA Call (English Translation)
-   64S   CD of 11/20/2004 FISA Call
-   65S   Transcript of 11/20/2004 FISA Call (English Translation)
-   66S   CD of 2/12/2005 FISA Call
-   67S   Transcript of 2/12/2005 FISA Call (English Translation)
- ✓ 68S   CD of 07/31/03 Telephone Call
- ✓ 69S   Transcript of 07/31/03
- ✓ 70S   CD of 11/22/03 Telephone Call
- ✓ 71S   Transcript of 11/22/03
- ✓ 72S   FBI request dated June 10, 2003 for access to interview Abu Ali
- ✓ 73S   Hijra - Gregorian Calendar Conversion Table

obj sustained N/A • 74
              • 75
✓ • 76 CV Dr Katz
✓ • 77 Article from Journal - 2005 - June
✓ • 78 "       "     "       "     re: Torture