IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Criminal Case No. 1:05CR53 |
| v. | ) | The Hon. Gerald Bruce Lee |
| AHMED OMAR ABU ALI, | ) | |
| Defendant | ) | |

GOVERNMENT'S THIRD AMENDED EXHIBIT LIST

The United States hereby notices its intent to offer the following exhibits into evidence at trial:

1. Photograph of defendant taken following admission to prison in Riyadh, Saudi Arabia, on June 10, 2003 **(Previously admitted into evidence during Rule 15 deposition Exhibit #32)**

2. Defendant's United States passport **(Previously admitted into evidence during Rule 15 deposition Exhibit #2)**

3. English translation of Arabic-language stamps in defendant's United States passport

4. Defendant's Jordanian passport **(Previously admitted into evidence during Rule 15 deposition Exhibit #4)**

5. English translations of Arabic-language stamps in defendant's Jordanian passport

6A. Nokia cell seized June 8, 2003, in search of defendant's dormitory room in Medina, Saudi Arabia **(Previously admitted into evidence during Rule 15 deposition Exhibit #8)**

6B. SIM Card

7A. Laptop computer used by defendant in Saudi Arabia **(Previously conditionally admitted into evidence during Rule 15 deposition Exhibit #9)**

A TRUE COPY, TESTE:
CLERK, U.S. DISTRICT COURT
BY _____
DEPUTY CLERK

Case 1:05-cv-01094-RBW   Document 30-2   Filed 09/27/2006   Page 2 of 13

1:05cv1094 (rbw)                                         Ex. D to Pls. Opp. to Defs. Mot. for Summ. J

7B.  Manual for Laptop

8A.  Green address book seized in June 8, 2003, search of defendant's dormitory room in Medina, Saudi Arabia  **(Previously admitted into evidence during Rule 15 deposition Exhibit #12)**

8B.  Excerpt of address book

8C.  English translation

9.  Fake U.S. currency mocking President of the United States George W. Bush and September 11, 2001, terrorist attacks, seized in June 8, 2003, search of defendant's dormitory room in Medina, Saudi Arabia

10.  Book by Dr. Abdullah Azzam seized in June 8, 2003, search of defendant's dormitory room in Medina, Saudi Arabia  **(Previously admitted into evidence during Rule 15 deposition Exhibit #16)**

11.  Book by Sayyid Qutb seized in June 8, 2003, search of defendant's dormitory room in Medina, Saudi Arabia  **(Previously admitted into evidence during Rule 15 deposition as Exhibit #17)**

12.  Blank Arabic-language workbook used for interrogations by Saudi Mabahith  **(Previously admitted into evidence during Rule 15 deposition Exhibit #20)**

13.  English translation of blank Arabic language workbook

14A.  Video recording of defendant reading his confession aloud in Arabic  **(Previously admitted into evidence during Rule 15 deposition as Exhibit #31)**

14B.  English translation of video of defendant reading confession

15.  Video recording of defendant reading his written confession aloud, with English subtitles

16.  May 7, 2003, Arabic-language notice by Saudi Government regarding 19 individuals wanted for terrorist activity

17.  English translation of May 7, 2003, Arabic-language notice by Saudi Government regarding 19 individuals wanted for terrorist activity

18A.  Arabic-language inventory of June 8, 2003, search of defendant's dormitory room in Medina, Saudi Arabia  **(Previously admitted into evidence during Rule 15 deposition Exhibit #27)**

2

Case 1:05-cv-01094-RBW   Document 30-2   Filed 09/27/2006   Page 3 of 13

1:05cv1094 (rbw)                                    Ex. D to Pls. Opp. to Defs. Mot. for Summ. J

18B.  English translation of June 8, 2003 inventory

19.  Photograph of al-Qaeda cell member Nasser al-Fahd with handwritten admission in Arabic by defendant  **(Previously admitted into evidence during Rule 15 deposition Exhibit #33)**

20.  English translation of handwritten admission in Arabic by defendant on photograph of al-Qaeda cell member Nasser al-Fahad

21.  Photograph of Moeith al-Qahtani with handwritten admission in Arabic by defendant **(Previously admitted into evidence during Rule 15 deposition Exhibit #35)**

22.  English translation of handwritten admission in Arabic by defendant on photograph of Moeith al-Qahtani

23.  Videotape of May 27, 2003, raid and search of al-Qaeda safehouse in Medina, Saudi Arabia (redacted)  **(Previously admitted into evidence during Rule 15 deposition Exhibit #39)**

24.  Arabic-language inventory prepared by Saudi Mabahith of May 27, 2003, search of al-Qaeda safehouse in Medina, Saudi Arabia  **(Previously admitted into evidence during Rule 15 deposition Exhibit #40)**

25.  English translation of inventory prepared by Saudi Mabahith of May 27, 2003, search of al-Qaeda safehouse in Medina, Saudi Arabia

26.  English translation by defendant of pilot conversation from video recording of U.S. military aircraft operation in Afghanistan, seized at al-Qaeda safehouse in Medina, Saudi Arabia

27.  Paper found at al-Qaeda safehouse in Medina, Saudi Arabia containing the names "Hani" and "Hanimohawk"

28.  Paper found at al-Qaeda safehouse in Medina, Saudi Arabia, containing numeric cipher key

29.  Arabic-language handwritten instructions on bomb assembly using a watch, found at al-Qaeda safehouse in Medina, Saudi Arabia

30.  English translation of Arabic-language handwritten instructions on bomb assembly using a watch, found at al-Qaeda safehouse in Medina, Saudi Arabia

31.  Arabic-language document for mujahideen regarding interrogation

Case 1:05-cv-01094-RBW     Document 30-2     Filed 09/27/2006     Page 4 of 13

1:05cv1094 (rbw)                                          Ex. D to Pls. Opp. to Defs. Mot. for Summ. J

32. English translation of Arabic-language document for mujahideen regarding interrogation

33. Paper with numeric cipher found at al-Qaeda safehouse in Medina, Saudi Arabia

34. Arabic-language document regarding components for explosive device

35. English translation of Arabic-language document regarding components for explosive device

36. Arabic-language document on operational security

37. English translation of Arabic-language document on operational security

38. Arabic-language document on methods of concealment

39. English translation of Arabic-language document on methods of concealment

40. Photograph of assault rifle found at al-Qaeda safehouse in Medina, Saudi Arabia

41. Photograph of handguns found at al-Qaeda safehouse in Medina, Saudi Arabia

42. Photograph of tool kit found at al-Qaeda safehouse in Medina, Saudi Arabia

43. Photograph of assorted tools found at al-Qaeda safehouse in Medina, Saudi Arabia

44. Photograph of soldering wire found at al-Qaeda safehouse in Medina, Saudi Arabia

45A. Arabic-language sales receipt for laptop computer purchased by defendant in Medina, Saudi Arabia

45B. English translation of Arabic-language sales receipt for laptop computer purchased by defendant in Medina, Saudi Arabia

46A. Certification of sales receipt (Arabic)

46B. Certification of sales receipt (English)

47. Map of Medina indicating locations of safehouses used by al-Qaeda cell **(Previously admitted into evidence during Rule 15 deposition Exhibit #73)**

48. FBI report of June 15, 2003, interrogation of defendant by Saudi Mabahith

49. July 9, 2003, State Department cable regarding consular officer visit with defendant

4

Case 1:05-cv-01094-RBW   Document 30-2   Filed 09/27/2006   Page 5 of 13

1:05cv1094 (rbw)                          Ex. D to Pls. Opp. to Defs. Mot. for Summ. J

50. August 11, 2003, State Department cable regarding consular officer visit with defendant

51. September 8, 2003, State Department cable regarding consular officer visit with defendant

52. October 5, 2003, State Department cable regarding consular officer visit with defendant

53. November 4, 2003, State Department cable regarding consular officer visit with defendant

54. February 25, 2004, State Department cable regarding consular officer visit with defendant

55. May 12, 2004, State Department cable regarding consular officer visit with defendant

56. July 26, 2004, State Department cable regarding consular officer visit with defendant

57. September 25, 2004, State Department cable regarding consular officer visit with defendant

58. October 24, 2003, State Department cable regarding consular officer visit with defendant

59. September 18, 2003, letter from defendant to his parents

60. Excerpt from FBI Special Agent Luke Kuligoski's notes from September 2003 interviews with defendant

61. Arabic-language minutes of interrogation from Saudi Mabahith interrogations of defendant in June and July 2003  **(Previously admitted into evidence during Rule 15 deposition Exhibit #18)**

62. English translation of Arabic-language minutes of interrogation from Saudi Mabahith interrogations of defendant in June and July 2003

63. Arabic-language handwritten summary confession by defendant  **(Previously admitted into evidence during Rule 15 deposition Exhibit #22)**

64. English translation of Arabic-language handwritten summary confession by defendant

65A. Arabic-language medical records from Riyadh prison

65B. English translation of Arabic-language medical records from Riyadh prison

66A. Certification of Medical records - Arabic language

5

Case 1:05-cv-01094-RBW   Document 32   Filed 09/27/2006   Page 6 of 13

1:05cv1094 (rbw)                                          Ex. D to Pls. Opp. to Defs. Mot. for Summ. J

66B.  Certification of Medical records - English language

67.   February 21, 2005, report of medical examination of defendant by Dr. Richard Schwartz

68.   Photograph #1 of defendant by Court-appointed photographer

69.   Photograph #2 of defendant by Court-appointed photographer

70.   Photograph #3 of defendant by Court-appointed photographer

71.   Photograph #4 of defendant by Court-appointed photographer

72.   Photograph #5 of defendant by Court-appointed photographer

73.   Photograph #6 of defendant by Court-appointed photographer

74.   February 21, 2005, intake mental health screening and assessment of defendant at Alexandria Detention Center

75.   February 23, 2005, physical assessment of defendant at Alexandria Detention Center

76.   Interdisciplinary progress notes from Alexandria Detention Center, February 12, 2005, through May 9, 2005

77.   Disciplinary Segregation Medical Documentation from Alexandria Detention Center, March 8, 2005, through August 9, 2005

78.   CD of 7/17/2004 FISA Call

79.   Transcript of 7/17/2004 FISA Call (English Translation)

80.   CD of 7/31/2004 FISA Call

81.   Transcript of 7/31/2004 FISA Call (English Translation)

82.   CD of 8/14/2004 FISA Call

83.   Transcript of 8/14/2004 FISA Call (English Translation)

84.   CD of 8/28/2004 FISA Call

85.   Transcript of 8/28/2004 FISA Call (English Translation)

Case 1:05-cv-01094-RBW   Document 36-2   Filed 09/27/2006   Page 7 of 13

1:05cv1094 (rbw)                                    Ex. D to Pls. Opp. to Defs. Mot. for Summ. J

86. CD of 9/11/2004 FISA Call

87. Transcript of 9/11/2004 FISA Call (English Translation)

88. CD of 9/25/2004 FISA Call

89. Transcript of 9/25/2004 FISA Call (English Translation)

90. CD of 10/9/2004 FISA Call

91. Transcript of 10/9/2004 FISA Call (English Translation)

92. CD of 10/23/2004 FISA Call

93. Transcript of 10/23/2004 FISA Call (English Translation)

94. CD of 11/6/2004 FISA Call

95. Transcript of 11/6/2004 FISA Call (English Translation)

96. CD of 11/13/2004 FISA Call

97. Transcript of 11/13/2004 FISA Call (English Translation)

98. CD of 11/20/2004 FISA Call

99. Transcript of 11/20/2004 FISA Call (English Translation)

100. CD of 2/12/2005 FISA Call

101. Transcript of 2/12/2005 FISA Call (English Translation)

102. CD of 07/31/03 Telephone Call

103. Transcript of 07/31/03

104. CD of 11/22/03 Telephone Call

105. Transcript of 11/22/03

106. Hijra-Gregorian calendar conversion table

107. Arabic-language record of defendant's June 8, 2003, arrest in Medina, Saudi Arabia

7

108. English translation of Arabic-language record of defendant's June 8, 2003, arrest in Medina, Saudi Arabia

109. Curriculum Vitae of Robert Katz, M.D.

110. Forensic Medical Examination of Refugees Who Claim to Have Been Tortured

111. Medical, physical examination in connection with torture

112. MSN Hotmail Buddy List containing e-mail address for Moeith al-Qahtani

113. Curriculum Vitae of Gregory Brian Saathoff, MD

114. Forensic Psychiatric Evaluation of Ahmed Omar Abu Ali by Dr. Gregory B. Saathoff

115. Curriculum vitae of expert witness Dan Olson

116. Curriculum vitae of expert witness Alison Rees

117. A six page document regarding various forms of surveillance by the government and private entities, and how to avoid such surveillance

118. An undated, two page document praising the Taliban leader Mullah Omar and the terrorist attacks on September 11, 2001, and condemning U. S. Military action in Afghanistan

119. An issue of the magazine "Handguns" bearing a subscription label in the name of "Ahmed Ali"

120. A book written by senior al-Qaeda official Ayman al-Zawahiri, in which al-Zawahiri characterizes democracy as a new religion that must be destroyed by war, describes anyone who supports democracy as an infidel, and condemns the Muslim Brotherhood for renouncing violent *jihad* as a means to establish an Islamic state.

121. An address book containing the name, telephone number, and address in Saudi Arabia of Moeith al-Qahtani

122. English language excerpt from address book containing contact information for Moeith al-Qahtani

123. 1999 Foreign Terrorist Organization Designation of Al-Qaeda, 64 FR 55112

124. 2001 Foreign Terrorist Organization Re-Designation of Al Qaeda, 66 FR 51088

8

125.  2003 Foreign Terrorist Organization Re-Designation of Al Qaeda, 68 FR 56860

126.  Executive Order 12947, 60 FR 5079

127.  Executive Order 13099, 63 FR 45167

128   Executive Order 13224, 66 FR 49079

129.  FBI Fingerprint Report dated 06/15/05

130.  Cryptanalysis, Daniel Olson, dated 10/12/05

131A. Arabic language communication dated 05/27/2003

131B. English language communication dated 05/27/2003

132A. Arabic language communication dated 06/06/2003

132B. English language communication dated 06/06/2003

133.  Curriculum Vitae, Edward Cramer, Jr.

134A. Arabic language certification of arrest record

134B. English translation of certification of arrest record

135.  Alexandria Detention Center Incident Form dated 05/07/2005

136.  Abu Ali's Jordanian ID card  **((Previously admitted into evidence during Rule 15 deposition Exhibit #6)**

137.  GPS Device  **((Previously admitted into evidence during Rule 15 deposition Exhibit #10)**

138.  List of items seized during the search of Rio Drive on 6/16/03.

139.  Excerpt of Luke Kuligoski's notes 9/17/03

140.  Job posting for "Freedom Fighter" in Chechnia, found during search of Rio Drive

141.  Photo of Abu-Ali's closer taken during the search of Rio Drive.

142.  Complete inventory of items seized during the search of Rio Drive.

9

Case 1:05-cv-01094-RBW   Document 38-2   Filed 09/27/2006   Page 10 of 13

1:05cv1094 (rbw)                                              Ex. D to Pls. Opp. to Defs. Mot. for Summ. J

143.    Map of Saudi Arabia

144.    CD gunship video

145.    File recovered from defendant's laptop computer concerning translation of a document translated for al-Qaeda cell leader

146.    E-Mail dated July 9, 2003 from Charles L. Glatz to P. Matthew Gillen

147.    E-Mail dated December 13, 2003 from Charles L. Glatz to Tasneem Abu Ali

148.    E-Mail dated January 10, 2004 from Charles L. Glatz to Tasneem Abu Ali

149.    Photograph #1 from video recording of Mabahith search of al-Azheri Villa, depicting document translated by defendant

150.    Photograph #2 from video recording of Mabahith search of al-Azheri Villa, depicting document translated by defendant

151.    Stipulation No. 1 as to Government Exhibit #104

152.    US Government inventory from Medina searches

153.    FBI Summary Report of documents from Medina searches

154.    Letter from Salih al-Maghribi to Ali al-Faq'asi with "Hani" on back

155.    Translation of letter from Salih al-Maghribi to Ali al-Faq'asi

156.    Two letters from Sultan Jubran to Ali al-Faq'asi

157.    English Translations of two letters from Sultan Jubran to Ali al-Faq'asi

158.    Letter from mujahid about attacking America

159.    English translation of letter from mujahid about attacking America

160.    Translation of cipher (Exhibit 28)

161.    Translation of cipher (Exhibit 33)

10

162. Stipulation No. 3, as to Government Exhibits 78,80,82,84,86,88,90,92,94,96,98 and 100 constitute phone conversations between the defendant and his parents while the defendant was in Saudi custody.

163A. Photograph of defendant's back

163B. Photograph of defendant's back

164. Photograph of lateral right scapula

165. Photograph of upper middle back

166. Photograph of upper middle back

167. Photograph of medial left scapula

168. Photograph of lower right side

169. Photograph of lower right side

170. Photograph of lower mid-back

171. Photograph of right lower back

172. Photograph of lower back

173. Photograph of right anterior shoulder

174. Photograph of top left shoulder

175. Photograph of right elbow

176. Photograph of left elbow

177. Photograph of medial left ankle

178. Photograph of medial right ankle

179. Photograph of right Achilles area

180. Photograph of lateral left ankle

Case 1:05-cv-01094-RBW    Document 38-2    Filed 09/27/2006    Page 12 of 13

1:05cv1094 (rbw)                         Ex. D to Pls. Opp. to Defs. Mot. for Summ. J

Respectfully submitted,

Paul J. McNulty
United States Attorney

By: _____
David H. Laufman
Stephen M. Campbell
Assistant United States Attorneys

Jerry R. DeMaio
Trial Attorney
Department of Justice

Marla B. Tusk
Special Assistant United States Attorney

12

Case 1:05-cv-01094-RBW   Document 33-2   Filed 09/27/2006   Page 13 of 13

1:05cv1094 (rbw)                                            Ex. D to Pls. Opp. to Defs. Mot. for Summ. J

**CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the foregoing of the Government's Third Amended Exhibit List was served by hand-delivery to the defense counsel listed below on November 17 2005.

David H. Laufman
Assistant United States Attorney

Ashraf W. Nubani, Esq.
Khurrum Wahid, Esq.
Counsel for the Defendant

13