## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

_____
                                        )
ELISABETH T. KIDDER,                    )
                                        )
                    Plaintiff,          )
                                        )
         v.                             )       No. 05-CV-01094 (RBW)
                                        )
FEDERAL BUREAU OF INVESTIGATION,        )
et al.,                                 )
                                        )
         Defendants.                    )
_____ )

### DEFENDANTS' MOTION FOR EXTENSION OF TIME
### IN WHICH TO FILE A REPLY IN FURTHER SUPPORT
### OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

Defendants respectfully move the Court for a 10-day extension of time, to an including

October 20, 2006, in which to file their reply in further support of Defendants' Motion for

Summary Judgment.  In support of the Motion, Defendants aver as follows:

By order dated June 29, 2006 (and entered on the docket July 6, 2006), the Court

established a briefing schedule on Defendants' Motion for Summary Judgment with respect to

FOIA Exemption 7(A).  That Order required Defendants to file their motion by August 11, 2006,

Plaintiff to file her opposition by September 13, 2006, and Defendants to file their reply by

September 26, 2006.  Defendants filed their motion on August 11.

On August 15, 2006, Plaintiff filed a Motion seeking, inter alia, a two-week extension of

time in which to file her opposition.  See docket no. 26 at 2.  Defendants did not oppose that

aspect of Plaintiff's motion seeking an extension of time in which to file her opposition.  The

Court granted Plaintiff's requested extension, and on September 27, 2006, Plaintiff filed her

opposition.

Pursuant to the Court's scheduling Order, Defendants' reply is currently due October 10, 2006. Defendants' reply period includes both the Jewish holiday of Yom Kippur (Monday, October 2), on which day the undersigned will not be in the office, and Columbus Day (Monday, October 9), leaving the undersigned only six business days in which to prepare a reply. In addition, during this period the undersigned had to prepare a response to a motion for a temporary restraining order, which response was filed today in Idema v. Neumann, No. 05-2064 (EGS) (D.D.C.), and has a brief due in Idema v. Dep't of State, No. 05-1334 (EGS) (D.D.C.), on October 5, 2006. The undersigned also has numerous other case responsibilities. Accordingly, Defendants respectfully request a 10-day extension in which to file their reply brief, to and including October 20, 2006.

The undersigned has sought Plaintiff's consent to this Motion. Plaintiff was willing to consent to a 3-day extension of time (to October 13, 2006), but was unwilling to consent to the requested 10-day extension.

WHEREFORE, Defendants respectfully request that the instant Motion be GRANTED. A proposed order is attached for the Court's consideration.

Dated: September 29, 2006.          Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEFFREY A. TAYLOR
United States Attorney

ELIZABETH SHAPIRO
Assistant Branch Director


_____/s/_____

2

ORI LEV  (D.C. Bar No. 452565)
Senior Trial Counsel
U.S. Department of Justice
Civil Division/Federal Programs Branch
Mail:   P.O. Box 883
        Washington, D.C.  20044
Street: 20 Massachusetts Ave., N.W.
        Room 7330
        Washington, DC  20001
Ph:     (202) 514-2395
Fax:    (202) 318-7589
Email: ori.lev@usdoj.gov

*Attorneys for Defendants*