IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELISABETH T. KIDDER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 05-CV-01094 (RBW) |
| ) | |
| FEDERAL BUREAU OF INVESTIGATION, ) | |
| et al., ) | |
| ) | |
| Defendants. ) | |

[Proposed]
**ORDER**

THIS MATTER having come before the Court on Defendants' Motion for Extension of Time in Which to File A Reply in Further Support of Defendants' Motion for Summary Judgment, and good cause having been shown, it is hereby

ORDERED that Defendants' Motion is GRANTED; and it is further

ORDERED that Defendants' reply in further support of their motion for summary judgment shall be filed on or before October 20, 2006.

**SO ORDERED.**

Dated: _____          _____
                                                          REGGIE B. WALTON
                                                          United States District Judge