UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Elisabeth Kidder
2587 Hydraulic Road Apt C
Charlottesville, Va 22901
(434) 409-0131

Civil Action No. 1:05-Cv-1094 (RBW)

Federal Bureau Of Investigation
9th And Pennsylvania Avenue, N.W.
Washington, D.C. 20535

Department Of Justice
950 Pennsylvania Avenue, N.W.
Washington Dc 20530

**PLAINTIFF'S RESPONSE TO DEFENDANTS' MOTION FOR EXTENSION OF TIME IN WHICH TO FILE A REPLY IN FURTHER SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

**BACKGROUND**

The Court's April 6, 2006 order required Defendants to file their motion for summary judgment by May 31, 2006. (docket no. 18). Defendants filed for a stay on May 10, 2006, stating that it would "take 4-6 weeks" for responsive records in the Legat Riyadh office "to arrive at FBI headquarters via the diplomatic pouch," and committing to provide the Court with a new proposed schedule by June 15, 2006. (docket No. 20 at 3). Plaintiff did not oppose this request and the Court adopted it on May 30, 2006. (docket no. 21).

On June 15, 2006, Defendants proposed filing a motion for summary judgment solely addressing the applicability of FOIA Exemption 7(A), stating that, "Defendants are confident of their ability to show that the FBI has acted properly in withholding the requested records pursuant to Exemption 7(A)," and arguing that this approach would

allow the Court to resolve this case, "in a more timely manner." Defs' Status Report (docket no. 22) at 5, 3. Over Plaintiff's objection, the Court adopted the Defendants' proposal and entered a scheduling order requiring Defendants to file a motion for summary judgment by August 11, 2006. Order, July 6, 2006. (docket no. 24).

On August 15, 2006, after receiving Defendants' Motion, which presented arguments under FOIA Exemptions 1, 2, 6, and 7(C) in addition to Exemption 7(A), Plaintiff requested clarification and/or additional time to file her motion in opposition. (docket no. 26). Defendants consented to Plaintiff's proposed schedule, which set October 10, 2006 as the deadline for Defendants' reply. (Defs. Resp, August 21, 2006, docket no. 27 at 4). The Court adopted Plaintiff's proposed schedule on August 23, 2006. (docket no. 28).

Plaintiff timely filed her opposition to Defendant's Motion for Summary Judgment on September 27, 2006. On September 29, 2006, Defendants moved for an additional 10 days in which to file their reply, asking the Court to change their deadline to October 20, 2006. (docket no. 34)

**ARGUMENT**

Defendants' request should be denied because they consented to the current schedule more than a month ago, have shown cause for only two days, and no intervening circumstances warrant further enlargement.

Defendants' motion for a 10 day extension is predicated on two holidays that fall within their response time, giving them only eight work days in which to file. (Defs. Mot at 2, docket no 34). Plaintiff informed Defendants that she would consent to a three-day extension (to October 13, 2006), despite the fact that these two holidays were on the

calendar when Defendants consented to the current schedule in mid-August. A three day extension is fair, and will promote the "just, speedy and inexpensive determination" of this action contemplated by Rule 1 FRCP.

Counsel also argues he needs an extension because of a brief he has due in a different case. (Defs. Mot at 2, docket no 34). A three-day extension, however, would give counsel 16 days in total to file his reply. Plaintiff respectfully argues that this is generous, given that Counsel has had both deadlines on his calendar for some time.

## CONCLUSION

For these reasons, Defendants' Motion for Extension of Time in Which to File a Reply should be denied. While Plaintiff does not oppose a three-day extension of Defendants' time in which to file a reply, there is no basis for Defendants' request for 10 additional days.

WHEREFORE, Plaintiff respectfully request that the Defendants' Motion be DENIED. A proposed order is attached for the Court's consideration.

Dated: October 1, 2006.                                                          Respectfully submitted,

                                                                                 Elisabeth Kidder
                                                                                 2587 Hydraulic Road Apt C
                                                                                 Charlottesville, VA 22901