UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ELISABETH T. KIDDER,

    Plaintiff,

v.

FEDERAL BUREAU OF INVESTIGATION, *et al.*,

    Defendants.

Civil Action No. 05-1094 (RBW)

## ORDER

Having considered defendants' Motion for Extension of Time in Which to File a Reply, plaintiff's response, and the parties' proposed scheduling orders, it is hereby

ORDERED that defendants shall file their reply, if any, by October 13, 2006.

SO ORDERED.

_____/s/_____
REGGIE B. WALTON
United States District Judge

Dated: