Pl.'s Mot. for Leave to File a Surreply

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

Elisabeth Kidder
2587 Hydraulic Road Apt C
Charlottesville, Va 22901
(434) 409-0131

                                                          Civil Action No. 1:05-Cv-1094 (RBW)

Federal Bureau Of Investigation
9th And Pennsylvania Avenue, N.W.
Washington, D.C. 20535

Department Of Justice
950 Pennsylvania Avenue, N.W.
Washington Dc 20530

**PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO FILE A SURREPLY TO DEFENDANTS' REPLY IN FURTHER SUPPORT OF THEIR MOTION FOR SUMMARY JUDGMENT**

Plaintiff respectfully moves for leave to file a surreply to Defendants' Reply in Further Support of their Motion for Summary Judgment ("Reply"). In response to Plaintiff's Opposition to Defendants' Motion for Summary Judgment, Defendants searched the Electronic Surveillance ("ELSUR") indices of the Federal Bureau of Investigation ("FBI"). See Defs.' Reply at 9 (citing Fifth Hardy Decl., ¶ 13). Defendants uncovered additional responsive records (the "ELSUR records"), but are withholding them from Plaintiff, citing Exemption 7(A) of the Freedom of Information Act, 5 U.S.C. §552 ("FOIA"). Defs. Reply at 10, n. 5. Because Plaintiff has not yet had an opportunity to address this withholding, Plaintiff respectfully moves for leave to file a surreply. Plaintiff obtained Defendants' consent to her Motion to File a Surreply, limited to the documents discovered by the ELSUR search. Plaintiff's proposed surreply is attached hereto.

"The decision to grant or deny leave to file a sur-reply is committed to the sound discretion of the court." Flynn v. Veazey Constr. Corp., 310 F. Supp. 2d 186, 189 (D.D.C. 2004).

"The district court routinely grants such motions when a party is 'unable to contest matters presented to the court for the first time' in the last scheduled pleading." Ben-Kotel v. Howard Univ., 319 F.3d 532, 536 (D.C. Cir. 2003) (quoting Lewis v. Rumsfeld, 154 F. Supp. 2d 56, 61 (D.D.C. 2001)). "If the movant raises arguments for the first time in his reply to the non-movant's opposition, the court will either ignore those arguments in resolving the motion or provide the non-movant an opportunity to respond to those arguments by granting leave to file a sur-reply." Flynn, 310 F. Supp. 2d at 189 (citing Natural Resources Defense Council v. United States EPA, 25 F.3d 1063, 1072 n.4 (D.C. Cir. 1994); Pennsylvania Elec. Co. v. FERC, 11 F.3d 207, 209 (D.C. Cir. 1993)).

The Defendants' assertion of Exemption 7(A) to justify their withholding of newly uncovered ELSUR records must be considered by this Court before summary judgment can be granted to either party. As such, fairness requires that Plaintiff be given an opportunity to respond to the Defendants' arguments concerning the withholding of the ELSUR records. Because these arguments were made for the first time in the Defendants' most recent filing, Plaintiff should be granted leave to file a response.

For the above reasons, Plaintiff respectfully moves for leave to file a surreply and attaches a proposed surreply hereto.

Respectfully submitted this 27th day of October, 2006.

*[signature]*

Elisabeth Kidder
2587 Hydraulic Road Apt C
Charlottesville, VA 22901