UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ELISABETH T. KIDDER, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No.  05-1094 (RBW) |
| | : | |
| FEDERAL BUREAU OF INVESTIGATION, *et al.*, | : | |
| | : | |
| Defendants. | : | |

**ORDER**

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

ORDERED that the Federal Bureau of Investigation is DISMISSED as a party defendant, and this action proceeds against the United States Department of Justice.   It is further

ORDERED that plaintiff's motion for summary judgment [Dkt. #12] is DENIED. Although plaintiff exhausted her administrative remedies prior to the filing of the instant civil action, and demonstrated that defendant maintains records responsive to her FOIA request, in all other respects plaintiff's motion for summary judgment is without merit.  It is further

ORDERED that defendant' motion for summary judgment [Dkt. #25] is GRANTED IN PART and DENIED IN PART.  Defendant is awarded partial summary judgment because it conducted a reasonable search for records responsive to plaintiff's FOIA request, and properly withheld records in full under Exemption 7(A).  In all other respects, however, the motion is denied.  It is further

ORDERED that plaintiff's motion for a modified scheduling order [Dkt. #23] is

1

DENIED, and the unopposed motion for leave to file a surreply [Dkt. #37] is GRANTED. It is further

ORDERED that, by April 30, 2007, plaintiff shall file her opposition, if any, to the withholding of portions of the public source documents released on May 26 and June 12, 2006. Defendant's reply, if any, shall be filed by May 31, 2007.

SO ORDERED.

Date:  March 29, 2007

/s/
REGGIE B. WALTON
United States District Judge