**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

ELISABETH KIDDER
9916 FAIRFAX SQUARE APT 46
FAIRFAX, VA 22031
(434) 409-0131

                                        **CIVIL ACTION NO. 1:05-cv-01094 (RBW)**

FEDERAL BUREAU OF INVESTIGATION
9TH AND PENNSYLVANIA AVENUE, N.W.
WASHINGTON, D.C. 20535

DEPARTMENT OF JUSTICE
950 PENNSYLVANIA AVENUE, N.W.
WASHINGTON DC 20530

**PLAINTIFF'S RESPONSE TO THE COURT'S MARCH 29, 2007 ORDER**

On March 29, 2007, the Court ordered the plaintiff to file her opposition, if any, to the Defendants withholding, under Exemptions 1, 2, 6 and 7(C), of portions of the public source documents released to Plaintiff on May 26 and June 12, 2006. The plaintiff does not oppose these withholdings.

Respectfully submitted this 30 day of April, 2007,

                                                            _____
                                                                 Elisabeth Kidder
                                                           9916 Fairfax Sq Apt 46
                                                                  Fairfax, VA 22031