Case 1:05-cv-01094-RBW

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

ELISABETH KIDDER
9916 FAIRFAX SQUARE APT 46
FAIRFAX, VA 22031
(434) 409-0131

CIVIL ACTION NO. 1:05-cv-01094 (RBW)

FEDERAL BUREAU OF INVESTIGATION
9TH AND PENNSYLVANIA AVENUE, N.W.
WASHINGTON, D.C. 20535

DEPARTMENT OF JUSTICE
950 PENNSYLVANIA AVENUE, N.W.
WASHINGTON, D.C. 20530

**MOTION FOR A STATUS REPORT ON DEFENDANTS PROCESSING OF 5,709 PAGES OF ADDITIONAL RECORDS**

Plaintiff Elisabeth Kidder respectfully moves for an order from the Court requiring the Defendants to file a status report on the progress they have made in processing the remaining 5,709 pages of responsive records in this case. A proposed order accompanies this motion.

On January 22 2007, Defendants filed a Status Report indicating that as of December 14, 2006, "a total of approximately 5,709 additional pages of responsive records [had been] identified and collected." Defs. Jan 22, 2007 Status Report at 2. In the Sixth Declaration of David M. Hardy ("Sixth Hardy Decl."), Defendants estimated that it would take 180 days to fully process these records, and promised that as the processing of records was completed, records would be released on a rolling basis to Plaintiff. Sixth Hardy Decl. ¶ 23.

Case 1:05-cv-01094-RBW

It has been 113 days since Defendants commenced processing the 5,709 additional pages of responsive records. As of the date of this motion, Defendants have not released any additional records to Plaintiff.

Plaintiff respectfully moves for an order from the Court requiring the Defendants to file a status report detailing the number of records fully processed, and the date by which Defendants estimate processing will be complete. A proposed order is attached hereto.

Plaintiff emailed Defendants' counsel on April 30, 2007 to secure consent for this motion, but the email was returned with a permanent failure.[1]

Respectfully submitted this 30 day of April, 2007,

_____
Elisabeth Kidder
9916 Fairfax Sq Apt 46
Fairfax, VA 22031

---

[1] The DOJ mail delivery subsystem gave the following error details, "Technical details of permanent failure: PERM_FAILURE: SMTP Error (state 9): 550 5.1.1 <Ori.Lev@usdoj.gov>... User Unknown."