Case 1:05-cv-01094-RBW

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

ELISABETH KIDDER
9916 FAIRFAX SQUARE APT 46
FAIRFAX, VA 22031
(434) 409-0131

**CIVIL ACTION NO. 1:05-cv-01094 (RBW)**

FEDERAL BUREAU OF INVESTIGATION
9TH AND PENNSYLVANIA AVENUE, N.W.
WASHINGTON, D.C. 20535

DEPARTMENT OF JUSTICE
950 PENNSYLVANIA AVENUE, N.W.
WASHINGTON, D.C. 20530

## PROPOSED ORDER

Upon consideration of the Motion for a Status Report on Defendants Processing of 5,709 Pages of Additional Records filed by the Plaintiff, it is hereby ORDERED that Plaintiff's motion is granted. Within 10 days from the date of this order, Defendants shall file a status report detailing the number of records fully processed and the date by which Defendants estimate processing will be complete.

SO ORDERED

_____/s/_____
REGGIE B. WALTON
United States District Judge

DATE: _____