IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELIZABETH KIDDER, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>FEDERAL BUREAU OF )<br>INVESTIGATION, et al., )<br>)<br>Defendants. )<br>_____) | Case No. 05-1094 (RBW) |

## NOTICE OF APPEARANCE

Please take notice of the appearance of the following counsel on behalf of defendants:

JUDRY L. SUBAR
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W., Room 7342
Washington, D.C. 20530
202-514-3969

Dated: May 8, 2007

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEFFREY A. TAYLOR
United States Attorney

    /s/ Judry L. Subar
JOHN R. TYLER
JUDRY L. SUBAR
U.S. Department of Justice
Civil Division
Federal Programs Branch
Room 7342
20 Massachusetts Ave., N.W.
Washington, D.C. 20530
202-514-3969
Attorneys for Defendants