IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELIZABETH KIDDER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 05-1094 (RBW) |
| v. ) | |
| ) | |
| FEDERAL BUREAU OF ) | |
| INVESTIGATION, et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

## DEFENDANTS' RESPONSE TO
## MOTION FOR A STATUS REPORT

Plaintiff has asked this Court to order defendants to provide the Court and plaintiff with a report on the status of their processing of certain records pursuant to the Freedom of Information Act, 5 U.S.C. § 552, in this action that was brought under that statute. Attached hereto is such a status report. Inasmuch as the only relief that plaintiff seeks on the present motion is an order requiring the production of a report that has now been produced, this motion is moot and should be denied for that reason.

Dated: May 14, 2007

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEFFREY A. TAYLOR
United States Attorney

   /s/ Judry L. Subar
JOHN R. TYLER
JUDRY L. SUBAR
U.S. Department of Justice
Civil Division
Federal Programs Branch
Room 7342

20 Massachusetts Ave., N.W.
Washington, D.C. 20530
202-514-3969
Attorneys for Defendants