**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| ELIZABETH KIDDER,           )<br>                                            )<br>            Plaintiff,              )<br>                                            ) Case No. 05-1094 (RBW)<br>     v.                                  )<br>                                            )<br>FEDERAL BUREAU OF       )<br>INVESTIGATION, et al.,         )<br>                                            )<br>            Defendants.          )<br>_____) | |

**ORDER**

Upon plaintiff's Motion for a Status Report on Defendants' Processing of 5,709 Pages of Additional Records, it is hereby

ORDERED that the motion is denied as moot.

Dated: _____

_____
UNITED STATES DISTRICT JUDGE