UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ELISABETH T. KIDDER, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No. 05-1094 (RBW) |
| | : | |
| FEDERAL BUREAU OF INVESTIGATION, *et al.*, | : | |
| | : | |
| Defendants. | : | |

## ORDER

It is hereby

ORDERED that, not later than **June 30, 2008**, the defendant shall submit a report to the Court on the status of its processing of the remaining 5,709 pages of records responsive to plaintiff's Freedom of Information Act request for information pertaining to Ahmed Abu Ali. If the agency has completed the processing of these records, in the alternative, defendant may file either a dispositive motion or a proposed schedule governing future proceedings.

SO ORDERED.

/s/
REGGIE B. WALTON
Date: May 9, 2008         United States District Judge