IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELISABETH T. KIDDER,<br><br>    Plaintiff,<br><br>        v.<br><br>FEDERAL BUREAU OF INVESTIGATION, *et al.*,<br><br>    Defendants. | Civil. Action No. 05-CV-01094 |

**DEFENDANTS' NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that Alexander K. Haas will appear in this action on behalf of the Defendants as lead counsel.

All future correspondence and other communications regarding this case should be directed to Mr. Haas at the following addresses:

**FOR U.S. MAIL**
Alexander K. Haas
U.S. Department of Justice
Civil Division
Post Office Box 883
Washington, D.C. 20044

**FOR COURIER AND HAND DELIVERIES**
Alexander K. Haas
U.S. Department of Justice
Civil Division
950 Pennsylvania Ave., N.W., Room 3611
Washington, D.C. 20001

U.S. Mail sent to the second address (the Courier and Hand-Delivery Address) may take up to three weeks to reach defense counsel.

Mr. Haas may be reached by phone at (202) 305-9334 or by electronic mail at

alexander.haas@usdoj.gov.  Faxes for Mr. Haas should be sent to (202) 305-3138.

Dated: June 27, 2008                    Respectfully submitted,

GREGORY G. KATSAS
Assistant Attorney General

JEFFREY A. TAYLOR
United States Attorney

ELISABETH A. SHAPIRO
Assistant Branch Director

    /s/ Alexander K. Haas
ALEXANDER K. HAAS (CA 220932)
Trial Attorney
U.S. Department of Justice, Civil Division
Federal Programs Branch
Post Office Box 883
Washington, D.C.  20044
Tel: (202) 305-9334  Fax:  (202) 305-3138
*Attorney for the Defendants*