IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ELISABETH T. KIDDER,<br><br>　　Plaintiff,<br><br>　　v.<br><br>FEDERAL BUREAU OF INVESTIGATION, *et al.*,<br><br>　　Defendants. | Civil. Action No. 05-CV-01094 |

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1), the parties herewith stipulate to the dismissal of this civil action brought by Elisabeth T. Kidder against Defendants without prejudice. These claims relate to the withholding of documents located as a result of Plaintiff's Freedom of Information Act (FOIA) request to the Defendants. The parties agree that each will pay its own fees and costs for work on the dismissed action.

Dated: June 27, 2008

_____
ELISABETH T. KIDDER
425 4th Street NE
Washington, DC 20002
(202) 842-2345
PRO SE

Respectfully submitted,

_____
ALEXANDER K. HAAS (Cal. Bar 220932)
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W.
Washington, D.C. 20001
Tel: (202) 307-3937
Attorney for Defendant